1  Dan Stormer, Esq., SBN 101967
2  dstormer@hadsellstormer.com
   Tanya Sukhija-Cohen SBN 295589
3  Theresa Zhen, Esq. SBN 300710
4  Shaleen Shanbhag SBN 301047
   Hadsell Stormer Renick & Dai LLP
5  128 N. Fair Oaks Avenue
6  Pasadena, California 91103
   Telephone: (626) 585-9600
7  Facsimile: (626) 577-7079
8
9  Barrett S. Litt, SBN 45527
   blitt@kmbllaw.com
10 Lindsay Battles, SBN 262862
11 Kaye, McLane, Bednarski & Litt, LLP
   975 East Green St.
12 Pasadena, California 91106
13 Telephone: (626) 844-7660
   Facsimile: (626) 844-7670
14
15
16 Attorneys for Plaintiffs
   Other Counsel on Following Page
17
   ## UNITED STATES DISTRICT COURT
18 ## CENTRAL DISTRICT OF CALIFORNIA
19
20 Cullors, et al., individually and as      Case No. 2:20-cv-03760
   class representatives
21                                            **DECLARATION OF CARLOS
22             Plaintiffs,                     FRANCO-PAREDES, M.D., M.P.H.**
23   vs.
24
25 COUNTY OF LOS ANGELES,
   SHERIFF ALEX M VILLANUEVA,
26 in his official capacity, et al,
27
28             Defendants.

[Additional Counsel continued from previous page]

Peter J. Eliasberg, Esq. [S.B. #189110]
ACLU OF SOUTHERN
CALIFORNIA
1313 W. 8th St.
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5299
Email: peliasberg@aclu.sc.org

Alec Karakatsanis*
Katherine C. Hubbard, Esq. [S.B. #302729]
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Ste. 800
Washington, DC 20009
Telephone: (202) 894-6126
Facsimile: (202) 609-8030
Email: alec@civilrightscorps.org
         katherine@civilrightscorps.org

Catherine Sweetser, SBN 271142
Alicia Virani, SBN 281187
Aaron Littman, SBN 330283
UCLA LAW CLINICS
385 Charles E. Young Drive East
Los Angeles, CA 90095
(310) 825-9562
Email: csweetser@sshhlaw.com
         virani@law.ucla.edu
         littman@law.ucla.edu

Eric Balaban, Esq.*
AMERICAN CIVIL LIBERTIES
UNION
NATIONAL PRISON PROJECT
915 15th St., N.W.
Washington, D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ebalaban@aclu.org

Andrea Woods, Esq.*
AMERICAN CIVIL LIBERTIES
UNION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2528
Facsimile: (212) 607-3329
Email: awoods@aclu.org

*pro hac vice applications forthcoming

## **DECLARATION OF CARLOS FRANCO-PAREDES, M.D., M.P.H.**

I, Carlos Franco-Paredes, M.D., M.P.H., declare under penalty of perjury under the laws of the United States as follows:

**OVERVIEW OF BACKGROUND AND SPECIALIZATIONS**

1.     My name is Dr. Carlos Franco-Paredes. I am an Associate Professor of Medicine at the University of Colorado in the Department of Medicine, Division of Infectious Diseases. I completed my internal medicine residency and infectious diseases fellowship at Emory University School of Medicine.  I am also the Infectious Diseases Fellowship Program Director and supervise the training of medical students, internal medicine residents, and infectious diseases fellows at the University of Colorado, Anschutz Medical Center.

2.     In addition, I hold a public health degree in global health from the Rollins School of Public Health at Emory University with a concentration on the dynamics of global infectious disease epidemics and pandemics.

3.     From 2006 to 2009, I was a consultant with the World Health Organization, Headquarters in Geneva, Switzerland where I participated in developing the global action plan for influenza vaccine, guidelines for pandemic influenza preparedness.

4.     I have a certification of training in travel and tropical medicine, by the International Society of Travel Medicine and the American Society of Tropical Medicine and Hygiene, respectively.

5.     As an infectious diseases clinician, I have twenty years of relevant clinical experience. As part of this experience, I have participated in the medical care of individuals detained at the Aurora, CO, Immigration Detention Facility and I have performed medical second opinion evaluations for patients in the custody of the Department of Homeland Security, Immigration and Customs Enforcement (ICE). At my current academic institution, I have also provided direct care for

many patients in ICE custody or incarcerated settings including patients at Aurora Contract Detention Facility ("Aurora facility"), who are living with HIV-infection at my current academic institution.

6. Over the last six weeks, since the COVID-19 pandemic began disseminating in the U.S., I have witnessed firsthand the impact of COVID-19 at University of Colorado, Anschutz Medical Center, and have provided direct care to 54 patients with this infection. Many have required intensive care management and mechanical ventilator support.

7. I present my Curriculum Vitae attached as Exhibit 2. I have written and published many relevant scientific publications on the topics of infectious diseases pandemics and epidemics, particularly in influenza. I have 198 scientific publications in peer-reviewed scientific journals. I teach a class at the school of medicine on caring for underserved populations including immigrants and incarcerated populations and in best practices in global health. I have written a textbook in infectious diseases.

**FORMAL ANALYSIS**

8. As an infectious disease clinician with a public health degree in the dynamics of infectious disease epidemics and pandemics, I am concerned about the inevitable spread of COVID-19 in jails, prisons, community corrections facilities, and juvenile detention centers. The conditions in these facilities do not allow for appropriate infection control protocols and will make the current COVID-19 pandemic worse. Incarcerated populations have higher rates of underlying illness and, by extension, will have a higher case fatality rate. It is now clear that asymptomatic individuals can spread this infection. With staff traveling between their homes and the facilities, and newly arrested individuals brought in as others are released, containment of the virus is not possible. Prisons and jails are becoming the epicenter of COVID-19 transmission in the U.S. I can also certify

that incarcerated individuals have a higher prevalence of chronic medical conditions that place them at high risk of developing severe coronavirus disease and potentially dying from this infection. Some of these medical conditions include HIV/AIDS, uncontrolled diabetes mellitus, chronic obstructive pulmonary disease, and other conditions

9.      Increasing Number of COVID-19 Cases and Deaths in the U.S.  Every U.S. state is dealing with COVID-19 cases and the number of deaths continue to pile up. Since March 16, 2020, the epidemiologic curve demonstrates a logarithmic increase in the number of cases with many major epicenters of transmission as it has occurred in the Pacific Northwest, New York, New Jersey, Florida, California, and Louisiana. As of today, there are approximately 856, 209 cases and 47,442 deaths demonstrating that community-based transmission clearly continues to occur[i].

10.     The catastrophic consequences of the current COVID-19 pandemic obeys to two major factors: (a) the transmissibility of this infection and (b) the severity of the disease in human populations. As this is a rapidly spreading pandemic, I would like to provide this addendum outlining advances in understanding the impact of the pandemic globally and specifically in the U.S.  It is pivotal to incorporate these new facts into the pandemic response and the increasing vulnerability of incarcerated persons. The current outbreak of the novel coronavirus (SARS-Co-2) in different county jails and prisons in the U.S. highlights the ease of transmission of COVID-19 behind walls of jails and prisons. There is sufficient experience with this pandemic demonstrating that congested living conditions facilitate the spread of this infection.

11.     Jails and prisons are epicenters for infectious diseases because of the unavoidable close contact in often overcrowded, poorly ventilated, and unsanitary conditions. On April 14 the Bureau of Federal Prisons reported 446 cases among inmates and 248 cases among employees in 42 facilities and 11 Residential

Reentry Centers (RRCs). However, by April 19, there were 495 cases among inmates, 309 cases among staff, and 22 deaths distributed in 45 facilities and 19 RRCs. There are at least 1,300 confirmed cases of COVID-19 tied to prisons and jails with at least 34 deaths when combining prisons and jails nationwide as per different reports. The revolving door of jails have fueled an increasing number of documented outbreaks in custodial institutions.

12.     Detention and incarceration of any kind requires large groups of people to be held together in a confined space and creates the worst type of setting for curbing the spread of a highly contagious infection such as COVID-19. Implementing CDC protocols to mitigate Covid-19 transmission is therefore not sufficient unless social distancing is meaningfully implemented.  These infection prevention protocols include "social distancing" measures, where individuals maintain a distance of at least six feet from each other, and frequent hand-washing and other good hygiene practices. To contain the spread of the disease, these protocols must be meticulously followed. These protocols apply to both incarcerated and non-incarcerated individuals.

13.     Reducing the inmate population so that social distancing becomes possible remains the cornerstone of reducing the impact of these outbreaks. In a carceral setting, social distancing protocols would require, for example, that individuals sleep in cells instead of dormitories. Therefore, to the extent they cannot be released, and census permitting, medically vulnerable individuals should be housed in single-person cells to mitigate the risk of serious illness or death to this population.

14.     These protocols are necessary to prevent spread of COVID-19 among otherwise healthy people. However, these protocols are imperative for high-risk individuals. During the intake, a medical assessment is needed to identify those at high-risk of complications to guide enforcement of social distancing interventions such as placement in a cell instead of a dormitory. Additionally, persons with

comorbidities that place them at increased risk of severe disease and death should be considered a priority group for testing for COVID-19.  Unless social distancing is achieved through reduction in the jail population, other measures to slow transmission will not be sufficient.

15.     LACJ is the largest county jail system in the United States. It is comprised of four facilities – Men's Central Jail ("MCJ"), Century Regional Detention Facility ("CRDF") (the women's jail), Twin Towers and Pitchess Detention Center, which is comprised of four different facilities including the North County Correctional Facility ("NCCF"). As shown in custodial settings in Ohio, the rate of asymptomatic and symptomatic infection in an enclosed jail environment could reach up to 70% (with more than 20% asymptomatic infection). Therefore, there is an urgent need to expand testing capabilities within L.A. County Jail System to interrupt transmission and establish appropriate isolation and quarantine interventions.

16.     Particularly in the absence of universal testing within the L.A. County Jail system, it is my professional opinion that expanding testing capabilities will improve isolation and quarantine strategies. Consistent with CDC guidelines, 14-day quarantine should be used for: a) asymptomatic individuals exposed to a case to guide quarantine practices; and, b) new arrestees and bookings. Medical isolation practices should be implemented for those with symptoms consistent with COVID-19 regardless of having any underlying comorbidity to develop severe disease.  New admittees are especially crucial to consider given the fact that despite having excellent infection control practices, suggested social distancing interventions, keeping the door open for new introductions may only flatten the epidemiologic curve but will not definitively halt the occurrence of new cases within the L.A. County Jail System.

17.     Within the LA. County system, those with symptoms consistent with COVID-19 should undergo a clinical assessment including testing for the presence of the novel coronavirus SARS-CoV-2 in nasopharynx.  The sensitivity of this test depending on the assay varies between 75-85%.  Those who test positive should be placed in isolation (as should persons with symptoms consistent with COVID-19 pending test results).  Those with a negative test should be placed in quarantine with close clinical monitoring and if indicated repeat testing.

18.     Cohorting of those exposed to a case may spread further this infection if not done properly. Groups of low-risk, asymptomatic exposed persons can be quarantined as a cohort; cohorting should not be used for symptomatic/presumed positive persons (where no laboratory test has confirmed positive status). Presumed positive individuals should be medically isolated consistent with CDC guidelines. The number of private rooms in a L.A. County Jail system is insufficient to comply with the recommended social distancing.

19.     Another important consideration that complicates disinfection and decontamination practices is the ability of this novel coronavirus to survive for extended periods of time on materials that are highly prevalent in secure settings, such as metals and other non-porous surfaces. Current outbreak protocols require frequent disinfection and decontamination of all surfaces of the facility, which is exceedingly difficult given the large number of incarcerated individuals, frequent interactions between incarcerated individuals and staff, and regularity with which staff move in and out of each facility.

20.     Again, it is critical to understand that even asymptomatic individuals can spread virus to others. Therefore, merely screening those with symptoms is inadequate to keep COVID-19 out of L.A. County Jail System.

21.     Responding to outbreaks in L.A. County Jail System calls for highly trained staff to correctly institute and enforce isolation and quarantine procedures and have training on the appropriate utilization of personal protective equipment. It

7

is essential that nursing and medical staff be trained in infection control practices, implementing triage protocols, and the medical management of suspected, probable and confirmed cases of coronavirus infection. These same personnel would have to initiate the management of those with severe disease and not be working in different units. Since these are closed facilities, the number of exposed, infected, and ill individuals may rapidly overwhelm staff and resources. As a result, many patients would need transfer to hospitals near these facilities, likely overwhelming the surrounding healthcare systems, which are already functioning at full capacity caring for the general non-incarcerated community.

22.     Likely Outcome if COVID-19 Spreads in the LA County Jail System. Given the high population density of L.A. County Jail System and the ease of transmission of this viral pathogen, the infection rate will be exponential if even a single person, with or without symptoms, that is shedding the virus enters a facility. For every person with the virus, they will infect more than 2 other people – whether they be incarcerated individuals or staff. Of those infected, one-fifth will get so ill that they require hospital admission, and about 10% will develop severe disease requiring treatment only available in the intensive care unit. To illustrate the magnitude of this threat, a jail or prison that holds 1000 individuals can anticipate that between 200 to 300 individuals may acquire the infection. Of these, 80 to 100 individuals may develop severe disease requiring admission to the hospital, potentially to an intensive care unit. Of these, 8 to 10 individuals may die from multiorgan failure precipitated by the infection. Medical care for cases of COVID-19 may involve large human and financial costs.

23.     Risk minimization through release from the L.A. Jail County System. Reducing the number of incarcerated individuals in the L.A. system is necessary for effective infection control and sanitization practices that could dramatically reduce the burden COVID-19 will inevitably place on our health system. Urgent action is needed given the predicted shortage of medical supplies such as personal

8

protective equipment, shortage of staff as medical personnel become ill themselves, and limited life-saving resources such as ventilators.

**Medically Vulnerable Individuals:**

24.     People who are considered at high risk of severe illness and death should they be infected with the coronavirus include the following:

- People age 55 or older
- Anyone diagnosed with cancer, autoimmune disease (including lupus, rheumatoid arthritis, psoriasis, Sjogren's, Crohn's), chronic lung disease (including asthma, COPD, bronchiectasis, idiopathic pulmonary fibrosis), history of cardiovascular disease (MI), chronic arthritis (rheumatoid, psoriatic), chronic liver or kidney disease, diabetes, hypertension, heart failure, HIV, on chronic steroids or other immunosuppressant medications for chronic conditions
- People with a history of smoking or other substance use disorders
- Severe obesity.
- Pregnant women.

25.     **For people in the highest risk populations, the fatality rate of COVID-19 infection is about 15 percent.** The clinical experience in China, South Korea, Italy and Spain has shown that 80% of confirmed cases tend to occur in persons 30-69 years of age regardless of having any underlying medical conditions.  Of these, 20% develop severe clinical manifestations or become critically ill. Among those with severe clinical manifestations regardless of their age or underlying medical conditions, progress to respiratory failure, septic shock, and multiorgan dysfunction requiring intensive care support including the use of mechanical ventilator support. The overall case fatality rate is 10-14% of those who develop severe disease. In China, 80% of deaths occurred among adults $\geq$ 60 years[c].

26.     There is growing number of confirmed cases in the U.S., increasing number of hospitalizations and admissions to intensive care units, and many deaths. In this wave of the pandemic or in subsequent ones, it is likely the number of infected individuals will continue to augment. In the closed-settings of prisons and jails, where there is overcrowding and confinement of a large number of persons, networks of transmission become highly conducive to spread rapidly.

27.     **Preliminary data from China showed that 20 percent of people in high-risk categories who have contracted COVID-19 there have died.** Reports by the Chinese CDC, demonstrates that the case fatality rate is highest among critical cases in the high-risk categories with COVID at 49%[f]. case fatality was higher for patients with comorbidities: 10.5% for those with cardiovascular disease, 7% for diabetes, and 6% each for chronic respiratory disease, hypertension, and cancer. Case fatality for patients who developed respiratory failure, septic shock, or multiple organ dysfunction was 49%[b].

28.     **For people with these risk factors, COVID-19 can severely damage lung tissue, which requires an extensive period of rehabilitation, and in some cases, can cause a permanent loss of respiratory capacity.**  There is preliminary evidence that persons with COVID-19 and recovering from severe disease and whom developed extensive pulmonary disease including Acute Respiratory Distress Syndrome (ARDS)[g] may have long-term sequelae similar to other infectious pathogens evolving in a similar pattern.  Long term sequelae of those with sepsis, ARDS and respiratory failure identified in the literature include long-term cognitive impairment, psychological morbidities, neuromuscular weakness, pulmonary dysfunction, and ongoing healthcare utilization with reduced quality of life[h] and need for rehabilitation services[i].

29.     **COVID-19 may also target the heart muscle, causing a medical condition called myocarditis, or inflammation of the heart muscle. Myocarditis can affect the heart muscle and electrical system, reducing the**

**heart's ability to pump. This reduction can lead to rapid or abnormal heart rhythms in the short term, and long-term heart failure that limits exercise tolerance and the ability to work.**

30.     The full description of the pathogenesis of COVID-19 requires to be completely elucidated. However, there is clinical evidence that in addition to the severe lung injury associated to this viral infection, some persons may also develop myocardial involvement that appears to be the result of either direct viral infection or caused the immune response to SARS-CoV-2. From the published case reports, myocarditis caused by this viral pathogen is associated with congestive heart failure, cardiac arrhythmias and death[j].  Similar to other viral myocarditis, most patients may develop long-term myocardial damage[k].

31.     **Emerging evidence also suggests that COVID-19 can trigger an over-response of the immune system, further damaging tissues in a cytokine release syndrome that can result in widespread damage to other organs, including permanent injury to the kidneys and neurologic injury. These complications can manifest at an alarming pace.**  Among persons infected with SARS-CoV-2 and developing COVID-19 severe disease systemic inflammation is associated with adverse outcomes[l]. However, there is evidence that the use of corticosteroids have not shown benefit and they might be more likely to harm when administered in persons with ARDS caused by COVID-19[m]. Similar to influenza infection, acute lung injury and acute respiratory distress syndrome are most likely caused by the respiratory epithelial membrane dysfunction leading to acute respiratory distress syndrome[l,n].  Preliminary evidence from case reports and small cases series from China and South Korea confirm that there is minimal inflammation and evidence of cell necrosis in the form of apoptosis of the respiratory epithelium[o]. The resultant tissue hypoxia is responsible and potential concomitant bacterial sepsis contribute to multiorgan dysfunction and death. If a patient with COVID-19 develops myocarditis, cardiogenic shock caused by

fulminant myocarditis may also contribute to the overall occurrence of multiple organ failure[k].

**OPINION**

There is an outbreak of COVID-19 in the L.A. County Jail System since there more case of this viral infection than expected in a given period.  These facilities are not designed to contain the spread of a highly contagious disease or to treat those with significant illness. It is likely that there will be high numbers of ill incarcerated individuals, as well as the staff critical to these facilities. The broader health system in L.A. does not have the capacity to handle a wave of critically ill patients coming from this jail system in addition to the ongoing community outbreak. Improving mitigation strategies to reduce exposure to the novel coronavirus by social distancing, improving hygiene (disinfection and decontamination of surfaces), and testing capabilities to guide isolation and quarantine procedures is instrumental to interrupt transmission within facilities of the L.A. County Jail system. Additionally, it is my professional opinion that the prompt release of individuals with medical conditions at risk of severe disease and death due to coronavirus infection, and prompt reduction in incarcerated populations in this system overall, is necessary to reduce the impact of the ongoing outbreak.

**DOCUMENTS REVIEWED FOR THIS DECLARATION**
**Declarations:**
1. DeNeal Young.
2. Holly Davidson
3. Jeffrey Livotto
4. Jeremiah Farmer
5. Jessica Haviland

12

6. Leandrew Lewis

7. Rany Uong

8. Joe Goldenson

9. Catrina Balderrama

10. Andrew Fuentes

**Scientific References:**

1. Walmsley R. World Prison Population List. 11th ed. London, UK: International Centre for Prison Studies, Kings College; 2016. Available at: https://www.prisonstudies.org/sites/default/files/resources/downloads/world_prison_population_list_11th_edition_0.pdf. Accessed: April 12, 2020.

2. Herivel T, Wright P. Prison profiteers. Who makes money from mass incarceration? The New Press, New York, NY, U.S.A. 2007New York Lawyers for the Public Interest. Detained and denied healthcare access in immigration detention.

3. Kinner SA, Young JT. Understanding and improving the health of people who experience incarceration: An overview and synthesis.  Epidemiol Rev 2018; 40: 4-11.

4. Prison Policy Initiative. Available at: https://www.prisonpolicy.org/reports/pie2020.html. Accessed: April 11, 2020.

5. Harding DJ, Morenoff JD, Nguyen AP, Bushway SD, Binswanger IA. A natural experiment study of the effects of imprisonment on violence in the community. Nat Hum Behav 2019; 3(7): 671-77.

6. Harding DJ. Do prisons makes us safer. Sci Am 2019. Available at: https://www.scientificamerican.com/article/do-prisons-make-us-safer/. Accessed: April 12, 2020.

7. Case A, Deaton A. Rising morbidity and mortality in midlife among white non-Hispanic Americans in the 21st century. Proc Natl Acad Sci USA 2015; 112 (49): 15078-83.

8. Berger ZD, Goldberg DS. Caught in the web – U.S. immigration and compound disadvantage. N Engl J Med 2019; 381(11): 993-995Harding DJ, Morenoff JD, Nguyen AP, Bushway SD. Short-and long-term effect of imprisonment on future felony convictions and prison admissions. Proc Natl Acad Sci 2017; 114 (42): 11103-11108.

9. Harding DJ, Morenoff JD, Herbert CW. Home is hard to find: neighborhood, institutions and the residential trajectories of returning prisoners. Ann Am Acad Pol Soc Sci 2013; 647(1): 214-236.

10. CDC-Interim Clinical Guidance for Management of Patients with Confirmed Coronavirus Disease (COVID-19) Available at: https://www.cdc.gov/coronavirus/2019-ncov/hcp/clinical-guidance-management-patients.html). Accessed: April 12, 2020.

11. Johns Hopkins University. Coronavirus Resource Center Available at: https://coronavirus.jhu.edu/map.html. Accessed: April 12, 2020.

12. The New York Times. Coronavirus in the U.S.: Latest map and case count – The New York Times. Available at: https://www.nytimes.com/interactive/2020/us/coronavirus-us-cases.html?referringSource=articleShare. Accessed: April 12, 2020.

13. Fauci AS. Infectious diseases: considerations for the 21st century. Clin Infect Dis 2001; 32: 675-85.

14. Finnie TJR, Copley VR, Hall IM, Leach S. An analysis of influenza outbreaks in institutions and enclosed societies. Epidemiol Infect 2014; 14: 107-113.

14

15. Chao W-C, Liu P-Y, Wu C-L. Control of an H1N1 outbreak in a correctional facility in central Taiwan. J Microbiol Immunol Infect 2017; 50: 175-182.

16. Dolan K, Wirtz AL, Moazen B, Ndeffo-Mbah M, Galvani A, Kinner SA, Courtney R, McKee M, Amon JJ, Maher L, Hellard M, Beyrer C, Altice FL. Global burden of HIV, viral hepatitis, and tuberculosis in prisoners and detainees. Lancet 2016; 388 (10049): 1089-1102.

17. Prisons and custodial settings are part of a comprehensive response to COVID-19. Lancet Public Health 2020; 5(4): e188-e189.

18. CDC. Interim guidance on management of coronavirus disease 2019 (COVID-19) in correctional and detention facilities. Available at: https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html. Accessed: April 12, 2020.

19. Van Doremalen N, Bushmaker T, Morris DH, Holbrook MG, Gamble A, Williamson BN, Tamin A, Harcourt JL, Thornburg NJ, Gerber SI, Lloyd-Smith JO, de Wit E, Munster VJ. Aerosol and surface stability of SARS-CoV-2 as compared with SARS-CoV-1. N Engl J Med 2020; Mar 17. doi: 10.1056/NEJMc2004973.

20. Mizumoto K, Chowell G. Transmission potential of the novel coronavirus (COVID-19) onboard the diamond Princess Cruises Ship, 2020. Infect Dis Modelling 2020; 5: 264-270.

21. Mizumoto K, Kagaya K, Zarebski A, Chowell G. Estimating the asymptomatic proportion of coronavirus disease 2019 (COVID-19) cases on board the diamond Princess cruise ship, Yokohama, Japan, 2020. Euro Surveill 2020; 25 (10). doi: 10.2807/1560-7917.ES.2020.25.10.2000180.

22. Sanche S, Lin YT, Xu C, Romero-Severson E, Hengartner N, Ke R. High contagiousness and rapid spread of severe acute respiratory syndrome

coronavirus 2. Emerg Infect Dis. 2020 Jul https://doi.org/10.3201/eid2607.200282.

23. Swerdlow DL, Finelli L. Preparation for possible sustained transmission of 2019 Novel Coronavirus. Lessons from previous pandemics. JAMA 2020; 323(12): 1129-30.

24. Patrozou E, Mermel LA. Does influenza transmission occur from asymptomatic infection or prior to symptom onset? Public Health Rep 2009; 124: 193-96.

25. Thompson R. Pandemic potential of 2019-nCoV.Lancet Infect Dis 2020; 20 March 20; doi.org/10.1016/S1473-3099 (20)30068-2.

26. Li R, Pei S, Chen B, Song , Zhang T, Shaman J. Substantial undocumented infection facilitates the rapid dissemination of novel coronavirus (SARS-CoV2). Science 10.1126/scienceabb3221 (2020).

27. Crux. Brazil's Church leaders warn about a threat to prisoners posed by COVID-19.https://cruxnow.com/church-in-the-americas/2020/04/brazils-church-leaders-warn-about-threat-to-prisoners-posed-by-covid-19/. April 4, 2020. Accessed: April 12, 2020.

28. India Today. Coronavirus: India's packed prisons raise COVID-19 alarm. https://www.indiatoday.in/mail-today/story/india-packed-prisons-raise-coronavirus-alarm-1661136-2020-03-30. March 30, 2020. Accessed: April 12, 2020.

29. World Prisons Brief. COVID-19 in prisons:  a major public health risk. https://www.prisonstudies.org/news/covid-19-prisons-%E2%80%93-major-public-health-risk. Accessed: April 12, 2020.

30. Federal Bureau of Prisons. Available at:  https://www.bop.gov/coronavirus/. Accessed: April 12, 2020.

31. New York Times. Chicago's jail is top U.S. hot spot as virus spreads behind bars. April 8, 2020. Available at:

https://www.nytimes.com/2020/04/08/us/coronavirus-cook-county-jail-chicago.html. Accessed: April 12, 2020.

32. Cabral J, Cuevas AG. Health inequities among Latinos/Hispanics: documentation status as a determinant of health. J Racial Ethnic Health Disp 2020; Feb 5. doi: 10.1007/s40615-020-00710-0.

33. Gransky M, Keller A, Venters H. Death rates among detained immigrants in the United States. In J Environ Res Public health 2015; 12, 14414-14419.

34. Farmer PE, Nizeye B, Stulac S, Keshavjee S. Structural violence and clinical medicine. PLoS Med 2006; 3(10); e449.

35. Hotez PJ. Neglected infections of poverty in the United States of America. PLoS Negl Trop Dis 2008; 2(6): e256.

36. Franco-Paredes C, Santos-Preciado JI. Freedom, justice, and the Neglected Tropical Diseases. PLoS Negl Trop Dis 2011; 8: e1235.

37. The Guardian. Data form US south shows African Americans hit hardest by COVID-19. https://www.theguardian.com/world/2020/apr/08/black-americans-coronavirus-us-south-data. Accessed: April 12, 2020.

38. MMWR. COVID-19 in a Long-Term Care Facility — King County, Washington, February 27–March 9, 2020; March 27, 2020: 69(12): 339-342.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge.

Date: April 24, 2020

_____

Carlos Franco-Paredes, MD, MPH, DTMH (Gorgas)

Associate Professor of Medicine

17

# EXHIBIT A.

**PERSONAL INFORMATION**

Carlos Franco-Paredes, M.D., M.P.H.

**CURRENT PROFESSIONAL POSITION AND ACTIVITIES:**

- Associate Professor of Medicine, Division of Infectious Diseases, University of Colorado Denver School of Medicine, Anschutz Medical Campus and Infectious Diseases (July 2018 - ongoing).
- Fellowship Program Director, Division of Infectious Diseases, University of Colorado Denver School of Medicine, Anschutz Medical Campus (March 2019- ongoing).

**EDUCATION**

1989 -1995   M.D. - La Salle University School of Medicine, Mexico City, Mexico

1996-1999   Internship and Residency in Internal Medicine, Emory University School of Medicine Affiliated Hospitals, Atlanta, GA

1999-2002   Fellowship in Infectious Diseases, Emory University School of Medicine Affiliated Hospitals, Atlanta, GA

1999-2002   Fellow in AIDS International Training and Research Program, NIH Fogarty Institute, Rollins School of Public Health, Emory University, Atlanta, GA

1999 - 2002  Masters Degree in Public Health (M.P.H.) Rollins School of Public Health, Emory University, Atlanta, GA, Global Health Track

| | |
|---|---|
| 2001-2002 | Chief Medical Resident, Grady Memorial Hospital, Emory University School of Medicine, Atlanta, GA |
| 2006 | Diploma Course in Tropical Medicine, Gorgas. University of Alabama, Birmingham and Universidad Cayetano Heredia, Lima Peru |

**CERTIFICATIONS**

| | |
|---|---|
| 1999-Present | Diplomat in Internal Medicine American Board of Internal Medicine (Recertification 11/2010-11/2020) |
| 2001-present | Diplomat in Infectious Diseases, American Board of Internal Medicine, Infectious Diseases Subspecialty (Recertification 04/2011-04/2021) |
| 2005-present | Travel Medicine Certification by the International Society of Travel Medicine |
| 2007-present | Tropical Medicine Certification by the American Society of Tropical Medicine – Diploma in Tropical Medicine and Hygiene (DTMH - Gorgas) |

**EMPLOYMENT HISTORY:**

- 2002 - 2004 - Advisor to the Director of the National Center for Child and Adolescent Health and of the National Immunization Council (NIP), Ministry of Health Mexico; my activities included critical review of current national health plans on vaccination, infectious diseases, soil-transmitted helminthic control programs; meningococcal disease outbreaks in the jail system, an outbreak of imported measles in 2003-2004 and bioterrorism and influenza pandemic preparedness.

19

I represented the NIP at meetings of the Global Health Security Action Group preparation of National preparedness and response plans for Mexico

- 2005 – 2011- Co-Director Travel Well Clinic, Emory University Emory Midtown Hospital
- 2004- 8/2009 -Assistant Professor of Medicine
  Department of Medicine, Division of Infectious Diseases
  Emory University School of Medicine, Atlanta GA
- 3/2008-10/2009 Consultant WHO, HQ, Geneva, Influenza Vaccine
- 9/2009- 3/2011 Associate Professor of Medicine
  Department of Medicine, Division of Infectious Diseases
  Emory University School of Medicine, Atlanta GA
- 1/2007 – 3/2011 Assistant Professor of Public Health
  Hubert Department of Global Health
  Rollins School of Public Health, Emory University, Atlanta GA
- 4/2011 –5/2013 - Associate Professor of Public Health in Global Health
  Hubert Department of Global Health
  Rollins School of Public Health, Emory University, Atlanta GA
- 2010 - WHO HQ Consultant for a 4-month-period on the Deployment of H1N1 influenza vaccine in the African Region, Jan to March 2010, Switzerland Geneva, WHO HQ 2010 sponsored by John Snow Inc. USAID, Washington, D.C.
- 2014-2015 - Consultant International Association of Immunization Managers, Regional Meeting of the Middle Eastern and North African Countries and Sub Saharan Africa, held in Durban South Africa, Sept 2014; and as rapporteur of the Inaugural Conference, 3-4 March 2015, Istanbul, Turkey.

- 3/2011- 5/2017 - Phoebe Physician Group –Infectious Diseases Clinician Phoebe Putney Memorial Hospital, Albany, GA.
- 5/2015 - 9/2015 - Consultant Surveillance of Enteric Fever in Asia (Pakistan, Indonesia, Bangladesh, Nepal, India) March 2015-October 2015.
- June 19, 2017-June 31, 2018–Visiting Associate Professor of Medicine, Division of Infectious Diseases, University of Colorado Denver, Anschutz Medical Campus
- June 2004- present - Adjunct Professor of Pediatrics, Division of Clinical Research, Hospital Infantil de México, Federico Gómez, México City, México. Investigador Nacional Nivel II, Sistema Nacional de Investigadores (12/2019); SNI III Sistema Nacional de Investigadores (1/2020-); Investigador Clínico Nivel E, Sistema Nacional de Hospitales

**HONORS AND AWARDS**

    I.    1995  TOP GRADUATING STUDENT, LA SALLE SCHOOL OF MEDICINE

1997  Award for Academic Excellence in Internal Medicine, EUSM

1999  Alpha Omega Alpha (AOA) House staff Officer, EUSM

2002  Pillar of Excellence Award. Fulton County Department of Health and Wellness Communicable Disease Prevention Branch, Atlanta GA

2002  Emory University Humanitarian Award for extraordinary service in Leadership Betterment of the Human Condition the Emory University Rollins School of Public Health

2002  Winner of the Essay Contest on the Health of Developing Countries:

21

Causes and Effects in Relation to Economics or Law, sponsored by the Center for International Development at Harvard University and the World Health Organization Commission on Macroeconomics Health with the essay "*Infectious Diseases, Non-zero Sum Thinking and the Developing World*"

2002 *"James W. Alley"* Award for Outstanding Service to Disadvantaged Populations, Rollins School of Public Health of Emory University May 2002. Received during Commencement Ceremony Graduation to obtain the Degree of Masters in Public Health

2006 Golden Apple Award for Excellence in Teaching, Emory University, School of Med

2006 Best Conference Award Conference, "*Juha Kokko*" Best Conference Department of Medicine, EUSM

2007 "*Jack Shulman*" Award Infectious Disease fellowship, Excellence in Teaching Award, Division of Infectious Diseases, EUSM

2007 Emerging Threats in Public Health: Pandemic Influenza CD-ROM, APHA's Public Health Education and Health Promotion Section, Annual Public Health Materials Contest award

2009 National Center for Preparedness, Detection, and Control of Infectious Diseases. Honor Award Certificate for an exemplary partnership in clinical and epidemiologic monitoring of illness related to international travel. NCPDCID Recognition Awards Ceremony, April 2009. CDC, Atlanta, GA

2012 The ISTM Awards Committee, directed by Prof. Herbert DuPont, selected the article "Rethinking typhoid fever

vaccines" in the Journal of Travel Medicine (Best Review Article)

2012  Best Clinical Teacher. Albany Family Medicine Residency Program

2018  Outstanding Educator Award – Infectious Diseases Fellowship, Division of Infectious Diseases, University of Colorado, Anschutz Medical Center, Aurora Colorado

**EDITORSHIP AND EDITORIAL BOARDS**

2007-Present  Deputy/Associate Editor PLoS Neglected Tropical Disease Public Library of Science

2017-2018  Deputy Editor, Annals of Clinical Microbiology and Antimicrobials BMC

2007-2019  Core Faculty International AIDS Society-USA -Travel and Tropical Medicine/HIV/AIDS

**INTERNATIONAL COMMITTEES**

2018- Member of the Examination Committee of the International Society of Travel Medicine. Developing Examination Questions and Proctoring the Certificate in Traveler's Health Examination

Proctor Certificate of Traveler's Health Examination (CTH) as part of the International Society of Travel Medicine– 12th Asia-Pacific Travel Health Conference, Thailand 21-24 March 2019

Proctor Certificate of Traveler's Health Examination (CTH), Atlanta, GA, September, 2019

**PRESENTATIONS AT NATIONAL/INTERNATIONAL MEETINGS**

2017- Meeting of the Colombian Society of Infectious Diseases, August 2017:

23

Discussion of Clinical Cases Session, Influenza, MERS-Coronavirus, Leprosy, Enteric Fever

2018 – Cutaneous Mycobacterial Diseases, Universidad Cayetano Heredia, Lima, Peru, Mayo 2018

2018 – Scientific Writing Seminar, ACIN, Pereira, Colombia, August 2-4, 2018

2019 – First International Congress of Tropical Diseases ACINTROP 2019. March 21, 2019, Monteria, Colombia, Topic: Leishmaniasis

2019 – One Health Symposium of Zoonoses, Pereira Colombia, August 16-17, 2019, Topic:  Zoonotic Leprosy

2019 – Congress Colombian Association of Infectious Diseases (ACIN), Topic: Leprosy in Latin America, Cartagena, Colombia, August 21-24, 2019

2019 – World Society Pediatric Infectious Diseases, Manila Philippines, November 7-9, 2019 - Tropical Medicine Symposium:   Diagnosis, Treatment, and Prevention of Leprosy.

2019 – FLAP. Federacion Latino Americana de Parasitologia, Panama, Panama, November 26, 2019, Oral Transmission of Leprosy Symposium

2019 – FLAP. Federacion Latino Americana de Parasitologia, Panama, Panama, November 27, 2019, Leprosy Situation in the Americas.


**PUBLICATIONS**

**BOOKS**

**Franco-Paredes C**, Santos-Preciado JI. Neglected Tropical Diseases in Latin America and the Caribbean, Springer-Verlag, 2015. ISBN-13: 978-3709114216 ISBN-10: 3709114217

**Franco-Paredes C**. Core Concepts in Clinical Infectious Diseases, Academic Press, Elsevier, March 2016. ISBN: 978-0-12-804423-0

24

1

2   **RESEARCH ORIGINAL ARTICLES (clinical, basic science, other) in**

3   **refereed journals:**

4   **1.** Del Rio C, **Franco-Paredes C**, Duffus W, Barragan M, Hicks G. Routinely

5   Recommending HIV Testing at a Large Urban Urgent-Care Clinic – Atlanta, GA.

6   *MMWR Morbid Mortal Wkly Rep* 2001; 50:538-541.

7   **2.** Del Rio C, Barragán M, **Franco-Paredes C**. *Pneumocystis carinii* Pneumonia.

8   *N Engl J Med* 2004; 351:1262-1263.

9   **3.** Barragan M, Hicks G, Williams M, **Franco-Paredes C**, Duffus W, Del Rio C.

10  Health Literacy is Associated with HIV Test Acceptance. *J Gen Intern Med* 2005;

11  20:422-425.

12  **4.** Rodriguez-Morales A, Arria M, Rojas-Mirabal J, Borges E, Benitez J, Herrera

13  M, Villalobos C, Maldonado A, Rubio N, **Franco-Paredes C**. Lepidopterism Due

14  to the Exposure of the Moth *Hylesia metabus* in Northeastern Venezuela. *Am J*

15  *Trop Med Hyg* 2005; 73:991-993.

16  **5.** Rodriguez-Morales A, Sánchez E, Arria M, Vargas M, Piccolo C, Colina R,

17  **Franco-Paredes C**. White Blood Cell Counts in *Plasmodium vivax*. *J Infect Dis*

18  2005; 192:1675-1676.

19  **6. Franco-Paredes C**, Nicolls D, Dismukes R, Kozarsky P. Persistent Tropical

20  Infectious Diseases among Sudanese Refugees Living in the US. *Am J Trop Med*

21  *Hyg* 2005; 73: 1.

22  **7.** Osorio-Pinzon J, Moncada L, **Franco-Paredes C**. Role of Ivermectin in the

23  Treatment of Severe Orbital **Myiasis Due to *Cochliomyia hominivorax*. *Clin***

24  ***Infect Dis* 2006; 3: e57-9.**

25  **8.** Rodriguez-Morales A, **Franco-Paredes C**. Impact of *Plasmodium vivax*

26  Malaria during Pregnancy in Northeastern Venezuela. *Am J Trop Med Hyg* 2006;

27  74:273-277.

28

**9.** Rodriguez-Morales A, Nestor P, Arria M, **Franco-Paredes C**.  Impact of Imported Malaria on the Burden of Malaria in Northeastern Venezuela.  *J Travel Med* 2006; 13:15-20.

**10.** Rodríguez-Morales A, Sánchez E, Vargas M, Piccolo C, Colina R, Arria M, **Franco-Paredes C.** Is anemia in *Plasmodium vivax* More Severe and More Frequent than in *Plasmodium falciparum? Am J Med* 2006; 119:e9-10.

**11.** Hicks G, Barragan M, **Franco-Paredes C**, Williams MV, del Rio C.  Health Literacy is a Predictor of HIV Knowledge.  *Fam Med J* 2006; 10:717-723.

**12.** Cardenas R, Sandoval C, Rodriguez-Morales A, **Franco-Paredes C**.  Impact of Climate Variability in the Occurrence of Leishmaniasis in Northeastern Colombia. *Am J Trop Med Hyg* 2006; 75:273-7.

**13. Franco-Paredes C**, Nicolls D, Dismukes R, Wilson M, Jones D, Workowski K, Kozarsky P.  Persistent and Untreated Tropical Infectious Diseases among Sudanese Refugees in the US.  *Am J Trop Med Hyg* 2007; 77:633-635.

**14.** Rodríguez-Morales AJ, Sanchez E, Arria M, Vargas M, Piccolo C, Colina R, **Franco-Paredes C**.  Hemoglobin and haematocrit: The Threefold Conversion is also Non Valid for Assessing Anaemia in *Plasmodium vivax* Malaria-endemic Settings.  *Malaria J* 2007; 6:166.

**15. Franco-Paredes C**, Jones D, Rodriguez-Morales AJ, Santos-Preciado JI. Improving the Health of Neglected Populations in Latin America.  *BMC Public Health* 2007; 7.

**16.** Kelly C, Hernández I, **Franco-Paredes C**, Del Rio C.  The Clinical and Epidemiologic Characteristics of Foreign-born Latinos with HIV/AIDS at an Urban HIV Clinic.  *AIDS Reader* 2007; 17:73-88.

**17.** Hotez PJ, Bottazzi ME, **Franco-Paredes C**, Ault SK, Roses-Periago M.  The Neglected Tropical Diseases of Latin America and the Caribbean: Estimated Disease Burden and Distribution and a Roadmap for Control and Elimination. *PLoS Negl Trop Dis* 2008; 2:e300.

26

**18.** Tellez I, Barragan M, Nelson K, Del Rio C, **Franco-Paredes C**. *Pneumocystis jiroveci* (PCP) in the Inner City: A Persistent and Deadly Pathogen. *Am J Med Sci* 2008; 335:192-197.

**19.** Rodriguez-Morales AJ, Olinda, **Franco-Paredes C**. Cutaneous Leishmaniasis Imported from Colombia to Northcentral Venezuela: Implications for Travel Advice. *Trav Med Infect Dis* 2008; 6(6): 376-9.

**20.** Jacob J, Kozarsky P, Dismukes R, Bynoe V, Margoles L, Leonard M, Tellez I, **Franco-Paredes C**. Five-Year Experience with Type 1 and Type 2 Reactions in Hansen's Disease at a US Travel Clinic. *Am J Trop Med Hygiene* 2008; 79:452-454.

**21.** Delgado O, Silva S, Coraspe V, Ribas MA, Rodriguez-Morales AJ, Navarro P, **Franco-Paredes C**. Epidemiology of Cutaneous Leishmaniasis in Children and Adolescents in Venezuela. *Trop Biomed.* 2008; 25(3):178-83.

**22. Franco-Paredes C**, Lammoglia L, Hernandez I, Santos-Preciado JI. Epidemiology and Outcomes of Bacterial Meningitis in Mexican Children: 10-Years' Experience (1993-2003). *Int J Infect Dis* 2008; 12:380-386.

**23.** Pedroza A, Huerta GJ, Garcia ML, Rojas A, Lopez I, Peñagos M, **Franco-Paredes C**, Deroche C, Mascareñas C. The Safety and Immunogenicity of Influenza Vaccine in Children with Asthma in Mexico. *Int J Infect Dis* 2009; 13(4): 469-75.

**24.** Museru O, **Franco-Paredes C**. Epidemiology and Outcomes of Hepatitis B Virus Infection among Refugees Seen at U.S. Travel Medicine Clinic: 2005-2008. *Travel Med Infect Dis* 2009; 7: 171-179.

**25.** Rodriguez-Morales AJ, Olinda M, **Franco-Paredes C**. Imported Cases of Malaria Admitted to Two Hospitals of Margarita Island, Venezuela: 1998-2005. *Travel Med Infect Dis* 2009: (1): 48-45.

**26.** Kelley CF, Checkley W, Mannino DM, **Franco-Paredes C**, Del Rio C, Holguin F. Trends in Hospitalizations for AIDS-associated *Pneumocystis jiroveci* Pneumonia in the United States (1986-2005). *Chest* 2009; 136(1): 190-7.

**27.** Carranza M, Newton O, **Franco-Paredes C**, Villasenor A.  Clinical Outcomes of Mexican Children with Febrile Acute Upper Respiratory Infection: No Impact of Antibiotic Therapy. *Int J Infect Dis* 2010; 14(9): e759-63.

**28.** Museru O, Vargas M, Kinyua M, Alexander KT, **Franco-Paredes C,** Oladele A. Hepatitis B Virus Infection among Refugees Resettled in the U.S.: High Prevalence and Challenges in Access to Health Care. ***J Immigrant Minor Health 2010;***

**29.** Moro P, Thompson B, Santos-Preciado JI, Weniger B, Chen R, **Franco-Paredes C.** Needlestick injuries in Mexico City sanitation workers. *Revista Panamericana de Salud Pública/Pan American Journal of Public Health* 2010; 27 (6): 467-8.

**30.** Barragan M, Holtz M, **Franco-Paredes C**, Leonard M. The Untimely Misfortune of Tuberculosis Diagnosis at time of Death. *Infect Dis Clin Pract* 2010; 18(6):1-7.

**31.** Hochberg N, Armstrong W, Wang W, Sheth A, Moro R, Montgomery S, Steuer F, Lennox J, **Franco-Paredes C**.  High Prevalence of Persistent Parasitic Infections in Foreign-born HIV-infected Persons in the United States. *PLoS Neglect Dis* 2011; 5(4): e1034.

**32.** Larocque RC, Rao SR, Lee J, Ansdell V, Yates JA, Schwartz BS, Knouse M, Cahill J, Hagmann S, Vinetz J, Connor BA, Goad JA, Oladele A, Alvarez S, Stauffer W, Walker P, Kozarsky P, **Franco-Paredes C**, Dismukes R, Rosen J, Hynes NA, Jacquerioz F, McLellan S, Hale D, Sofarelli T, Schoenfeld D, Marano N, Brunette G, Jentes ES, Yanni E, Sotir MJ, Ryan ET; the Global TravEpiNet Consortium. Global TravEpiNet: A National Consortium of Clinics Providing Care to International Travelers--Analysis of Demographic Characteristics, Travel

28

Destinations, and Pretravel Healthcare of High-Risk US International Travelers, 2009-2011. *Clin Infect Dis*. 2012; 54(4):455-462.

**33**. Espinosa-Padilla SE, Murata C, Estrada-Parra S, Santos-Argumendo L, Mascarenas C, **Franco-Paredes C**, Espinosa-Rosales FJ. Immunogenicity of a 23-valent pneumococcal polysaccharide vaccine among Mexican children. *Arch Med Res* 2012;

**34.** Harris JR, Lockhart SR, Sondermeyer G, Vugia DJ, Crist MB, D'Angelo MT, Sellers B, **Franco-Paredes C**, Makvandi M, Smelser C, Greene J, Stanek D, Signs K, Nett RJ, Chiller T, Park BJ. *Cryptococcus gattii* infections in multiple states outside the US Pacific Northwest. *Emerg Infect Dis*. 2013; 19 (10):1620-6.

**35. Franco-Paredes C**. Aerobic actinomycetes that masquerade as pulmonary tuberculosis. Bol Med Hosp Infant Mex 2014; 71(1): 36-40.

**36.** Chastain DB, Ngando I, Bland CM, **Franco-Paredes C**, and Hawkins WA. Effect of the 2014 Clinical and Laboratory Standard Institute urine-specific breakpoints on cefazolin susceptibility rates at a community teaching hospital. *Ann Clin Microbiol Antimicrob* 2017; 16(1): 43.

**37**. Kashef Hamadani BH, **Franco-Paredes C**, MCollister B, Shapiro L, Beckham JD, Henao-Martinez AF. Cryptococcosis and cryptococcal meningitis- new predictors and clinical outcomes at a United States Academic Medical Center. *Mycoses* 2017; doi: 10.1111/myc.12742.

**38**. Chastain DB, **Franco-Paredes C**, Wheeler SE, Olubajo B, Hawkins A. Evaluating Guideline Adherence regarding Empirical Vancomycin use in patients with neutropenic fever. *Int J Infect Dis* 2018; Feb 22. pii: S1201-9712(18)30052-3. doi: 10.1016/j.ijid.2018.02.016. PMID: 29477362

**39**. Parra-Henao G, Amioka E, **Franco-Paredes C**, Colborn KL, Henao-Martinez AF. Heart failure symptoms and ecological factors as predictors of Chagas disease among indigenous communities in the Sierra Nevada de Santa Marta, Colombia. *J*

*Card Fail* 2018; Mar 26. pii: S1071-9164(18)30119-2. doi: 10.1016/j.cardfail.2018.03.007.

**40.** Vela Duarte D, Henao-Martinez AF, Nyberg E, Castellanos P, **Franco-Paredes C**, Chastain DB, Lacunar Stroke in Cryptococcal Meningitis: Clinical and Radiographic Features. *J Stroke and Cerebrovascular Disease* 2019;

**41**. Chastain DB, Henao-Martinez AF, **Franco-Paredes C**. A clinical pharmacist survey of prophylactic strategies used to prevent adverse events of lipid-associated formulations of amphotericin B. *Infect Dis* 2019;

**42**. Henao-Martínez AF, Chadalawada S, Villamil-Gomez WE, DeSanto K, Rassi A Jr, **Franco-Paredes C**. Duration and determinants of Chagas latency: an etiology and risk systematic review protocol. *JBI Database System Rev Implement Rep*. 2019 Jul 22. doi: 10.11124/JBISRIR-D-18-00018.

**CONSENSUS STATEMENTS**

Pritchett MA, Oberg CL, Belanger A, De Cardenas J, Cheng G, Cumbo Nacheli G, **Franco-Paredes C,** Singh J, Toth J, Zgoda M, Folch E. Society for Advanced Bronchoscopy Consensus Statement and Guidelines for bronchoscopy and airway management amid the COVID-19 pandemic. *J Thorac Dis* 2020; http:/dx.doi.org/10.21037/jtd.2020.04.32

**RESEARCH ORIGINAL ARTICLES AS COLLABORATOR (clinical, basic science, other) in refereed journals:**

**43.** Benator D, Bhattacharya M, Bozeman L, Burman W, Cantazaro A, Chaisson R, Gordin F, Horsburgh CR, Horton J, Khan A, Lahart C, Metchock B, Pachucki C, Stanton L, Vernon A, Villarino ME, Wang YC, Weiner M, Weis S; **Tuberculosis Trials Consortium**.  Rifapentine and Isoniazid Once a Week versus Rifampicin and Isoniazid twice a week for Treatment of Drug-susceptible

Pulmonary Tuberculosis in HIV-Negative Patients: a Randomised Clinical Trial. *Lancet* 2002; 360:528-34.

**44.** Weiner M, Burman W, Vernon A, Benator D, Peloquin CA, Khan A, Weis S, King B, Shah N, Hodge T; **Tuberculosis Trials Consortium**.  Low INH Concentrations and Outcome of Tuberculosis Treatment with Once-weekly INH and Rifapentine. *Am J Rev Crit Care Med* 2003; 167:1341-1347.

**45**. Jasmer RM, Bozeman L, Schwartzman K, Cave MD, Saukkonen JJ, Metchock B, Khan A, Burman WJ; **Tuberculosis Trials Consortium**.  **Recurrent Tuberculosis in the United States and Canada: Relapse or Reinfection?**  *Am J Respir Crit Care Med* 2004; **170:1360**-1366.

Mendelson M, Davis XM, Jensenius M, Keystone JS, von Sonnenburg F, Hale DC, Burchard GD, Field V, Vincent P, Freedman DO; **GeoSentinel Surveillance Network**. Health risks in travelers to South Africa: the GeoSentinel experience and implications for the 2010 FIFA World Cup. *Am J Trop Med Hyg*. 2010; 82(6): 991-5.

**46.** Hagmann S, Neugebauer R, Schwartz E, Perret C, Castelli F, Barnett ED, Stauffer WM; GeoSentinel Surveillance Network. Illness in children after international travel: analysis from the **GeoSentinel Surveillance Network**. *Pediatrics.* 2010; 1 25(5): e1072-80.

**47.** Schlagenhauf P, Chen LH, Wilson ME, Freedman DO, Tcheng D, Schwartz E, Pandey P, Weber R, Nadal D, Berger C, von Sonnenburg F, Keystone J, Leder K; **GeoSentinel Surveillance Network**. Sex and gender differences in travel-associated disease. *Clin Infect Dis*. 2010; 50 (6): 826-32.

**48.** Jensenius M, Davis X, von Sonnenburg F, Schwartz E, Keystone JS, Leder K, Lopéz-Véléz R, Caumes E, Cramer JP, Chen L, Parola P; **GeoSentinel Surveillance Network**. Multicener GeoSentinel analysis of rickettsial diseases in international travelers, 1996-2008. *Emerg Infect Dis*. 2009; 15(11):1791-8.

**49.** Chen LH, Wilson ME, Davis X, Loutan L, Schwartz E, Keystone J, Hale D, Lim PL, McCarthy A, Gkrania-Klotsas E, Schlagenhauf P; **GeoSentinel Surveillance Network**. *Emerg Infect Dis*. 2009; 15(11): 1773-82.

**50.** Nicolls DJ, Weld LH, Schwartz E, Reed C, von Sonnenburg F, Freedman DO, Kozarsky PE; **GeoSentinel Surveillance Network**. Characteristics of schistosomiasis in travelers reported to the GeoSentinel Surveillance Network 1997-2008. *Am J Trop Med Hyg 2008*; 79(5): 729-34.

**51.** Greenwood Z, Black J, Weld L, O'Brien D, Leder K, Von Sonnenburg F, Pandey P, Schwartz E, Connor BA, Brown G, Freedman DO, Torresi J; **GeoSentinel Surveillance Network.** Gastrointestinal infection among international travelers globally. *J Travel Med* 2008; 1 5(4):221-8.

**52.** Davis XM, MacDonald S, Borwein S, Freedman DO, Kozarsky PE, von Sonnenburg F, Keystone JS, Lim PL, Marano N; **GeoSentinel Surveillance Network**. Health risks in travelers to China: the GeoSentinel experience and implications for the 2008 Beijing Olympics. *Am J Trop Med Hyg* 2008; 79(1): 4-8.

**53.** Boggild AK, Castelli F, Gautret P, Torresi J, von Sonnenburg F, Barnett ED, Greenaway CA, Lim PL, Schwartz E, Wilder-Smith A, Wilson ME; **GeoSentinel Surveillance Network**. Vaccine preventable diseases in returned international travelers: results from the GeoSentinel Surveillance Network. *Vaccine* 2010; 28(46):7389-95.

**54.** Esposito DH, Han PV, Kozarsky PE, Walker PF, Gkrania-Klotsas E, Barnett ED, Libman M, McCarthy AE, Field V, Connor BA, Schwartz E, MacDonald S, Sotir MJ; **GeoSentinel Surveillance Network**. Characteristics and spectrum of disease among ill returned travelers from pre- and post-earthquake Haiti: The GeoSentinel experience. *Am J Trop Med Hyg* 2012 Jan; 86(1):23-8.

**55.** Boggild AK, Castelli F, Gautret P, Torresi J, von Sonnenburg F, Barnett ED, Greenaway CA, Lim PL, Schwartz E, Wilder-Smith A, Wilson ME; **GeoSentinel Surveillance Network**. Latitudinal patterns of travel among returned travelers

with influenza: results from the GeoSentinel Surveillance Network, 1997-2007. *J Travel Med* 2012; 19(1):4-8. doi: 10.1111/j.1708-8305.2011.00579.x.

**REVIEW, EDITORIALS, CASE SERIES, CASE REPORT ARTICLES:**

**56. Franco-Paredes C**, Jurado R. Ankylosing Spondylitis Fibrocavitary Lung Disease. *Clin Infect Dis* 2001; 32:1062.

**57. Franco-Paredes C,** Evans J, Jurado R. Diabetes Insipidus due to *Streptococcus pneumoniae* Meningitis. *Arch Intern Med* 2001; 161; 1114-15.

**58. Franco-Paredes C,** Blumberg H. Tuberculosis Psoas Abscess caused by *Mycobacterium tuberculosis* and *Staphylococcus aureus*: Case Report and Review. *Am J Med Sci* 2001; 321:415-17.

**59.** Jurado R, **Franco-Paredes C**. Aspiration Pneumonia: A Misnomer. *Clin Infect Dis* 2001;33:1612-3.

**60.** Del Rio Carlos, **Franco-Paredes C**. Bioterrorism: A New Public Health Problem. *Sal Publ Mex* 2001; 43:585-88.

**61. Franco-Paredes C**, Blumberg H. New Concepts in the Diagnosis of Latent Tuberculosis Infection. *Consultant* 2001; 41:1105-1121.

**62. Franco-Paredes C**, Bellehemeur T, Sanghi P, et al. Aseptic Meningitis and Retrobulbar Optic Neuritis Caused By VZV Preceding the Onset of PORN in a Patient with AIDS. *AIDS* 2002; 16:1045-1049.

**63. Franco-Paredes C**, Mehrabi D, Calle J, Jurado R. Night Sweats Revisited. *Infect Dis Clin Pract* 2002; 11:291-293.

**64. Franco-Paredes C**, Jurado R, Del Rio C. The Clinical Utility of the Urine Gram Stain. *Infect Dis Clin Pract* 2002; 11:561-563.

**65. Franco-Paredes C**, Agudelo C. Editorial Response: The Ever Expanding Clinical Spectrum of Tuberculosis. *J Clin Rheumatol* 2002;8:1-2.

33

**66. Franco-Paredes C**, Rebolledo P, Folch E, Hernandez I, Del Rio C.  Diffuse CD8 Lymphocytosis Syndrome in HIV-infected Patients.  *AIDS Reader* 2002; 12:408-13.

**67. Franco-Paredes C**.  Human Immunodeficiency Virus Infection as a Risk Factor for Tuberculosis Infection and Clinical Disease.  *Infect Med* 2002; 19:475-479.

**68. Franco-Paredes C**, Leonard M, Jurado R, Blumberg H.  Tuberculosis of the Pancreas. Report of two cases and Review of the Literature.  *Am J Med Sci* 2002; 323(1): 54-58.

**69.** DiazGranados C, **Franco-Paredes C**, Steinberg J.  A Long Suffering Patient with New Abdominal Pain.  *Clin Infect Dis* 2002; 34(9):1213-1214; 1267-1268.

**70. Franco-Paredes C**, Martin K. Extranodal Rosai-Dorfman Manifested in the Meninges.  *Southern Med J* 2002; 95(9): 1101-1104.

**71. Franco-Paredes C**, Workowski K, Harris M. Infective Endocarditis-Endarteritis Complicating Coarctation of the Aorta.  *Am J Med* 2002; 112(7):590-92.

**72.** Folch E, Hernandez I, Barragan M, **Franco-Paredes C**.  Infectious Disease, Non-Zero Sum Thinking and the Developing World.  *Am J Med Sci* 2003; 326:66-72.

**73. Franco-Paredes C**, Santos Preciado JI.  Parasitology Resources on the World Wide Web: A Powerful Tool for Infectious Diseases Practitioners.  *Clin Infect Dis* 2003; 37:694-701.

**74. Franco-Paredes C**, Tellez I, Santos-Preciado JI.  *Monkeypox* Virus Infection Appears in the Americas.  *Salud Publ Mex* 2003; 45:428-430.

**75. Franco-Paredes C**, Del Rio C, Nava Frías M, Rangel Frausto S, Téllez I, Santos Preciado JI.  Confronting Bioterrorism: Epidemiologic, Clinical, and Preventive Aspects of Smallpox.  *Sal Publ Mex* 2003; 45:298-309.

**76. Franco-Paredes C**, Kuri-Morales P, Alvarez-Lucas C, Zavala E, Betancourt M, Nava-Frias M, Santos-Preciado JI.  Severe Acute Respiratory Syndrome: A Global View of the Epidemic. *Sal Publ Mex* 2003; 45:211-220.

**77.** Huneycut D, Folch E, **Franco-Paredes C**. Atypical Manifestations of Infections in Patients with Familial Dysautonomia. *Am J Med* 2003; 115(6): 505-506.

**78. Franco-Paredes C,** Sanghi P. Progressive Multifocal Leukoencephalopathy. *Infect Med* 2003; 20(8):376.

**79. Franco-Paredes C**, Guarner J, McCall C, Mehrabi D, Del Rio C. Clinical and Pathological Recognition of Leprosy. *Am J Med* 2003; 114(3):246-7.

**80. Franco-Paredes C**, Lammoglia L, Santos Preciado JI.  Historical Perspective of Smallpox in Mexico: Origins, Elimination, and Risk of Reintroduction due to Bioterrorism.  *Gac Med Mex* 2004; 141:321-328.

**81.** Santos-Preciado JI, **Franco-Paredes C**.  Influenza Vaccine in Childhood: a Preventive Strategy of National Priority. *Salud Publ Mex* 2004; 46:498-500.

**82.** Almeida L, **Franco-Paredes C**, Pérez LF, Santos JI.  Meningococcal Disease: Preventive and Clinical Aspects.  *Salud Publ Mex* 2004; 46(5):438-50.

**83. Franco-Paredes C**, Téllez I, Del Rio C.  The Inverse Relationship between Decreased Infectious Diseases and Increased Inflammatory Disease Occurrence. *Arch Med Res* 2004; 35:258-26.

**84.** Arria M, Rodríguez-Morales A, **Franco-Paredes C**.  Galeria Eco-epidemiológica de la Cuenca Amazónica.  *Rev Peru Salud Publ* 2005; 22:236-240.

**85. Franco-Paredes C**, Lammoglia L, Santos-Preciado JI.  The Spanish Royal Philanthropic Expedition to Bring Smallpox Vaccination to the New World and Asia in the 19th Century. *Clin Infect Dis* 2005; 41:1285-1289.

**86.** Diaz-Borjon A, Lim S, **Franco-Paredes C**. Multifocal Septic Arthritis: An Unusual   Complication of Invasive *Streptococcus pyogenes* Infection. *Am J Med* 2005. 118(8): 924-925.

**87. Franco-Paredes C**, Rodríguez A. Lepromatous Leprosy. *Infect Med* 2005

88. Santos-Preciado JI, **Franco-Paredes C**.  Tratamiento Acortado Estrictamente Supervisado (TAES o DOTS) Para Tuberculosis en Poblaciones Con Niveles Moderados de Farmacorresistencia: Perspectiva del Impacto Internacional.  *Rev Inv Clin* 2005; 57:488-490.

**89.** Rodríguez-Morales A, Sánchez E, Vargas M, Piccolo C, Colina R, Arria M, **Franco-Paredes C**. Severe Thrombocytopenia, Reply to Spinello et al.  *Clin Infect Dis* 2005; 41:1211-1212.

**90. Franco-Paredes C**,  Dismukes R, Nicolls D, Kozarsky P.  Reply to Newton et al.  *Clin Infect Dis* 2005;41:1688-1689.

**91.** Rodríguez-Morales A, Sánchez E, Vargas M, Piccolo C, Colina R, Arria M, **Franco-Paredes C**. Occurrence of Thrombocytopenia in *Plasmodium vivax* malaria. *Clin Infect Dis* 2005;41:130-131.

**92. Franco-Paredes C**, Rodríguez-Morales A, Santos-Preciado JI.  Bioterrorism: Preparing for the Unexpected.  *Rev Inv Clin* 2005; 57: 57(5):695-705.

**93. Franco-Paredes C**, Tellez I, Del Rio C, Santos-Preciado JI.  Pandemic Influenza: Impact of Avian Influenza.  *Salud Publ Mex* 2005; 2: 47(2):107-9.

**94. Franco-Paredes C**, Dismukes R, Nicolls D, Kozarsky D. Neurotoxicity Associated To Misdiagnosis of Malaria.  *Clin Infect Dis* 2005; 40:1710-1711.

**95.** Rodríguez-Morales A, Benitez J, **Franco-Paredes C**.  *Plasmodium vivax* Malaria Imported from a rural Area Near Caracas Venezuela?  *J Trav Med* 2006; 13:325-326.

**96. Franco-Paredes C,** Tellez I, Del Rio C. Rapid HIV Testing. *Current HIV/AIDS Reports* 2006; 3:169-75.

**97. Franco-Paredes C,** Hidron A, Steinberg JP. Photo Quiz: An 82-year-old Female from Guyana with Fever and Back pain.  Chyluria due to *Wuchereria bancrofti* Infection. *Clin Infect Dis* 2006; 42 (9): 1297; 1340-1341.

**98. Franco-Paredes C**, Kozarsky P, Nicolls D, Dismukes R. Pelvic Echinococcosis in a Northern Iraqi Refugee. *J Trav Med* 2006. 13 (2): 119-122.

**99. Franco-Paredes C**, Santos-Preciado JI.  Prevention of Malaria in Travelers. *Lancet Infect Dis* 2006; 6:139-149.

**100. Franco-Paredes C**, Santos-Preciado JI.  Reply to Christenson. *Clin Infect Dis* 2006; 42: 731-732.

**101. Franco-Paredes C**, Diaz-Borjon A, Barragán L, Senger M, Leonard M.  The Ever Expanding Association between Tuberculosis and Rheumatologic Diseases. *Am J Med* 2006; 119:470-477.

**102**. **Franco-Paredes C**, Rouphael N, Del Rio C, Santos-Preciado JI.  Vaccination Strategies to Prevent Tuberculosis in the New Millennium: From BCG to New Vaccine Candidates. *Int J Infect Dis* 2006; 10:93-102.

**103.** Tellez I, Calderon O, **Franco-Paredes C**, Del Rio C.  West Nile Virus: A Reality in Mexico. *Gac Med Mex* 2006; 142:493-9.

**104. Franco-Paredes C,** Santos-Preciado JI.  Reply to Christenson. *Clin Infect Dis* 2006; 42:731-732.

105. Kieny MP, Costa A, Carrasco P, Perichov Y, **Franco-Paredes C**, Santos-Preciado JI, et al. A Global Pandemic Influenza Vaccine Action Plan. *Vaccine* 2006; 24:6367-6370.

**106. Franco-Paredes C**, Anna Von, Alicia Hidron, Alfonso J. Rodríguez-Morales, Ildefonso Tellez, Maribel Barragán, Danielle Jones, Cesar G. Náquira, Jorge Mendez.  Chagas Disease: An Impediment in Achieving the Millennium Development Goals in Latin America. *BMC Int Health Hum Rights* 2007; 7:7.

**107.** Von A, Zaragoza E, Jones D, Rodriguez-Morales A, **Franco-Paredes C**.  New Insights into Chagas Disease: A Neglected Disease in Latin America. *J Infect Developing Countries* 2007; 1:99-111.

**108.** Tellez I, **Franco-Paredes C**, Caliendo A, Del Rio C.  Rapid HIV Test: A Primer for Clinicians. *Infect Med* 2007; 24:381-385.

37

**109. Franco-Paredes C**, Rouphael N, Rodríguez-Morales A, Folch E, Mendez N, Hurst JW.  Cardiac Manifestations of Parasitic Diseases Part 1.  General Aspects and Immunopathogenesis.  *Clin Cardiol* 2007; 30:195-199.

**110. Franco-Paredes C**, Rouphael N, Rodríguez-Morales A, Folch E, Mendez N, Hurst JW. Cardiac Manifestations of Parasitic Diseases Part 2. Myocardial Manifestations of Parasitic Diseases. *Clin Cardiol* 2007; 30:218-222.

**111. Franco-Paredes C**, Rouphael N, Rodríguez-Morales A, Folch E, Mendez N, Hurst JW. Cardiac Manifestations of Parasitic Diseases Part 3.  Pericardial Manifestations of Parasitic Diseases and Other Cardiopulmonary Manifestations. *Clin Cardiol* 2007; 30:277-280.

**112.** Rouphael N, Talati N, **Franco-Paredes C**. A Painful Thorn in the Foot: Eumycetoma.  *Am J Med Sci* 2007; 334:142-144.

**113.** Zimmer S, **Franco-Paredes C**. Efficacy of Nitazoxanide in the Treatment of *Cyclospora cayetanensis* in a Patient Allergic to Sulfas. *Clin Infect Dis* 2007; 44(3):466-7.

**114.** Kaplan R, Rebolledo P, Gonzalez E, **Franco-Paredes C**. An Unexpected Visitor: *Mycobacterium kansasii* Cutaneous Infection. *Am J Med* 2007; 120(5):415-6.

**115.** Seybold U, Blumberg H, Talati N, **Franco-Paredes C**. Hematogenous Osteomyelitis Mimicking Osteosarcoma due to Community Associated Methicillin-Resistant *Staphylococcus aureus*. *Infect* 2007; 35(3): 190-3.

**116.** Liff D, Kraft C, Pohlel K, Sperling L, Chen E, **Franco-Paredes C**. *Nocardia Nova* Aortitis Following Coronary Artery Bypass Surgery. *J Am Soc Echo* 2007; 20(5):537:e7-8.

**117**. Rodriguez-Morales AJ, **Franco-Paredes C**. Paracoccidiodomycosis (South American Blastomycosis) of the Larynx Mimicking Carcinoma.  *Am J Med Sci* 2008; 335:149-150.

**118. Franco-Paredes C**.  Filariasis due *Loa loa* is also a cause of Angioedema. *Am J Med* 2008; 121(10): e29.

**119**. Rodriguez-Morales A, Benitez J, Tellez I, **Franco-Paredes C**.  Chagas Disease Screening among Latin American Immigrants in Non-endemic Settings. *Travel Medicine and Infectious Disease* 2008; 6:162-3.

**120.** Talati N, Rouphael N, Kuppali K, **Franco-Paredes C**.  Spectrum of Central Nervous System Manifestations due to Rapidly Growing *Mycobacteria*.  *Lancet Infect Dis* 2008; 8:390-8.

**121.** Rifakis P, Rodríguez-Morales A, **Franco-Paredes C**.  Atypical *Plasmodium vivax* Malaria in a Traveler: Bilateral hydronephrosis, Severe Thrombocytopenia, and Hypotension. *J Trav Med* 2008; 15(2): 119-21.

**122**. Osorio-Pinzon J, Carvajal C, Sussman O, Buitrago R, **Franco-Paredes C**.  Acute liver failure due to dengue virus infection.  *Int J Infect Dis* 2008; 12: 444-445.

**123**. Jacob J, **Franco-Paredes C**.  The Stigmatization of leprosy in India and its Impact on future approaches to elimination and control.  *PloS Neglected Tropical Diseases* 2008; 30:e113.

**124.** Difrancesco L, Mora L, Doss M, Small J, Williams M, **Franco-Paredes C**. Short of Breath: Not short of diagnosis.  *J Hosp Med* 2009; 4(1):60-7.

**125.** Whitaker JA, Edupuganti S, Del Rio C, **Franco-Paredes C**.  Rethinking Typhoid Fever Vaccines: Implications for travelers and those living in endemic areas.  *J Travel Med* 2009, 16(1): 46-52.

**126. Franco-Paredes C**, Hidron A, Lesesne J, Tellez I, Del Rio C.  HIV-AIDS: Pretravel recommendations and health-related risks.  *Topics in HIV* 2009; 17(1): 2-11.

**127. Franco-Paredes C**, Jacob JT, Stryjewska B, Yoder L. Two patients with leprosy and the sudden appearance of Inflammation in the skin and new sensory loss. *PLoS Negl Trop Dis* 2009; 3(9): e425.

**128. Franco-Paredes C**, Hidron A, Jacob J, Nicolls D, Kuhar D, Caliendo A. Transplantation and Tropical Infectious Diseases. *Int J Infect Dis* 2009; 14(3): e189-96.

**129.** Parker S, Vogenthaler N, **Franco-Paredes C**. *Leishmania tropica* Cutaneous and Presumptive Concomitant Viscerotropic Leishmaniasis with Prolonged Incubation. *Arch Dermatol* 2009; 145(9): 1023-6.

**130.** DiazGranados C, **Franco-Paredes C**. HIV and Chagas Disease Co-Infection: An Evolving Epidemiologic and Clinical Association. *Lancet Infect Dis* 2009; 9:324-330.

**131.** Hidron A, **Franco-Paredes C**, Drenkard C. A rare opportunistic infection in a woman with systemic lupus erythematous and multiple skin lesions. *Lupus* 2009; 18 (12): 1100-3.

**132. Franco-Paredes C,** Kozarsky P. The Bottom Line. *Am J Med* 2009; 122(12): 1067-8.

**133. Franco-Paredes C**, Bottazzi ME, Hotez PJ. The Unfinished Agenda of Chagas Disease Control in the Era of Globalization. *PLoS Negl Trop Dis.* 2009 Jul 7; 3(7): e470.

**134. Franco-Paredes C,** Carrasco P, Del Rio C, Santos Preciado JI. Respuesta al Brote de Influenza A H1N1. *Salud Publ Mex* 2009; 51 (3): 183-186.

**135. Franco-Paredes C.** An Unusual Clinical Presentation of Posttraumatic Stress Disorder in a Sudanese Refugee. *Journal of Immigrant and Minority Health* 2009; 12(2): 267-9.

**136.** Kempker R**,** DiFrancesco L, Gorgojo A, **Franco-Paredes C**. Xantogranulomathous pyelonephritis caused by Community-Associated MRSA. *Cases Journal* 2009; 2: 7437.

**137. Franco-Paredes C**, Carrasco P, Santos-Preciado JI. The First Influenza Pandemic in the New Millennium: Lessons Learned Hitherto for Current Control

Efforts and Overall Pandemic Preparedness. *Journal of Immune Based Therapies and Vaccines* 2009, 7:2.

**138.** Livorsi D, Qureshi S, Howard M, **Franco-Paredes C**. Brainstem Encephalitis: An Unusual Presentation of Herpes Simplex Virus Infection. *J Neurol* 2010; 257(9): 1432-7.

**139.** Del Rio C, **Franco-Paredes C**. The Perennial threat of influenza viruses: The Mexican Experience during the Influenza A (H1N1) 2009 Pandemic. *Arch Med Res* 2010; 40(8):641-2.

**140.** Santos-Preciado JI, **Franco-Paredes C**, Hernandez-Ramos MI, Tellez I, Del Rio C, Roberto Tapia-Conyer R. What have we learned from the Novel Influenza A (H1N1) Influenza Pandemic in 2009 for strengthening Pandemic Influenza Preparedness? *Arch Med Res* 2010; 40(8): 673-6.

**141. Franco-Paredes C**, Hernandez-Ramos MI, Del Rio C, Alexander KT, Tapia-Conyer R, Santos-Preciado JI. H1N1 Influenza Pandemics: Comparing the Events of 2009 in Mexico with those of 1976, and 1918-1919. *Arch Med Res* 2010; 40(8): 6730-6.

**142.** Graham A, Furlong S, Owusu K, Margoles L, **Franco-Paredes C.** Clinical Management of Leprosy Reactions. *Infect Dis Clin Prac*t 2010; 18: 234-7.

**143.** Hidron A, Vogenthaler N, Santos-Preciado JI, Rodriguez-Morales AJ, **Franco-Paredes C,** Rassi A. Cardiac Involvement with Parasitic Diseases. *Clin Microb Rev* 2010; 23 (2): 1-27.

**144. Franco-Paredes C**, Zeuli J, Hernandez-Ramos I, Santos-Preciado JI. Preserving Idealism in Global Health. *Global Health Prom* 2010; 17(4): 57-60.

**145. Franco-Paredes C**.  Reconstructing the Past of Poliovirus Eradication. *Lancet Infect Dis* 2010; 10(10): 660-1.

**146. Franco-Paredes C,** Ko AI, Aksoy S, Hotez PJ. A New Clinical Section in PLoS Neglected Tropical Diseases: NTD Photo Quiz. *PLoS Neglect Trop Dis* 2010; 4(9): e760.

**147.** Tellez I, **Franco-Paredes** C. Actinomycetoma. *PLoS Neglect Trop Dis* 2010; 4(9): e772.

**148. Franco-Paredes C**, Hernandez I, Santos-Preciado JI. Equidad en inmunizaciones en las poblaciones más vulnerables en Mesoamérica: Plan Regional del Sistema Mesoamericano de Salud Pública. *Salud Publ. Mex* 2011; 53 Suppl 3:S323-32.

**149.** Santos-Preciado JI, Rodriguez MH, **Franco-Paredes** C. Equidad en Salud en America Latina: De la Oficina Panamericana de Salud Pública a la Iniciativa de Salud Pública. *Salud Publ. Mex* 2011; 53 Suppl 3:S289-94.

**150.** Rassi A Jr., Rassi A, **Franco-Paredes C.** A Latin-American woman with palpitations, a right bundle branch block, and an apical aneurysm. *PLoS Neglect Trop Dis* 2011; 5(2):e852. doi: 10.1371/journal.pntd.0000852.

**151.** Gupta D, Green J, **Franco-Paredes C**, Lerakis S. Challenges in the Clinical Management of Blood-Culture Negative Endocarditis: the case of *Bartonella henselae* infection. *Am J Med* 2011; 124(3):e1-2. doi: 10.1016/j.amjmed.2010.09.022.

**152. Franco-Paredes C**.  Health Equity is not only Healthcare Delivery. *Lancet* 2011; 377: 1238.

**153. Franco-Paredes C,** Santos-Preciado JI. Freedom, Justice, and the Neglected Tropical Diseases. *PLoS Neglect Trop Dis* 2011; 5(8):e1235.

**154.** Sellers B, Hall P, Cine-Gowdie S, Hays AL, Patel K, Lockhart SR, **Franco-Paredes C**. *Cryptococcus gattii:* An Emerging Fungal Pathogen in the Southeastern United States. *Am J Med Sci*. 2012; 343(6):510-1. doi: 10.1097/MAJ.0b013e3182464bc7.

**155. Franco-Paredes C**. Poliovirus eradication.  *Lancet Infect Dis* 2012; 12(6):432-3. doi: 10.1016/S1473-3099(12)70102-0.

**156. Franco-Paredes C**, Ray S. Causes of persistent of acid-fast positive smears in patients with pulmonary tuberculosis. *Am J Med 2012*; 125(12):e3-4. doi: 10.1016/j.amjmed.2012.03.002.

**157. Franco-Paredes C**. Causes of persistent of acid-fast positive smears in patients with pulmonary tuberculosis. *Am J Med* 2013: 126(7):e17. doi: 10.1016/j.amjmed.2013.03.001.

**158. Franco-Paredes C.** Illness and Death in the Universe. *Perm J*. 2013; 17(4):90-1.

**159.** Hare A, **Franco-Paredes C.** Ocular Larva Migrans: A Severe Manifestation of an Unseen Epidemic. *Curr Trop Med Rep* 2014; 1: 69-73.

**160. Franco-Paredes C**. Recovering our Human Story. *J Cosmology and Philosophy* 2014;12: 210-213.

**161.** Powell DR, Patel S, **Franco-Paredes C**. Varicella-Zoster virus vasculopathy: The growing association between herpes zoster virus and strokes. *Am J Med Sci* 2014; 350(3):243-5.

**162. Franco-Paredes C**. The growing threat of leishmaniasis in travelers. *Trav Med Infect Dis* 2014; 12(6 Pt A):559-60. doi: 10.1016/j.tmaid.2014.10.020.

**163. Franco-Paredes C**, Sellers B, Hayes A, Chane T, Patel K, Lockhart S, Marr K. Management of *Cryptococcus gattii* meningoencephalitis. *Lancet Infect Dis* 2014; 15(3):348-55.

**164.** White C, **Franco-Paredes C.** Leprosy in the 21st Century. *Clin Microb Rev* 2014; 28(1): 80-94.

**165.** Carrasco P, **Franco-Paredes C**, Andrus J, Waller K, Maassen A, Symenouh E, Hafalia G. Inaugural conference of the International Association of Immunization Managers (IAIM), Istanbul Turkey, 3-4 March 2015; *Vaccine* 2015; 33(33):4047-50.

**166. Franco-Paredes C**, Rodriguez-Morales AJ. Unsolved matters in leprosy: a descriptive review and call for further research. *Ann Clin Microbiol Antimicrob* 2016; 15(1):33.

**167.** Rodriguez-Morales AJ, Banderia AC, **Franco-Paredes C**. The expanding spectrum of modes of transmission of Zika virus: a global concern. *Ann Clin Microbiol Antimicrob* 2016; 15:13. doi: **10.1186/s12941-016-0128-2.**

**168.** Khan MI, Katrinak C, Freeman A, **Franco-Paredes C**. Enteric Fever and Invasive Nontyphidal Salmonellosis – 9th International Conference on typhoid and Invasive NTS Disease, Bali, Indonesia, April 30-May 3, 2015. *Emerg Infect Dis 2016*; 22(4): doi: 10.3201/eid2204.151463.

**169. Franco-Paredes C,** Khan MI, Santos-Preciado JI, Gonzalez-Diaz E, Rodriguez-Morales AJ, Gotuzzo E. Enteric Fever: A Slow Reponse to An Old Plague. *PLoS Negl Trop Dis* 2016; 10(5):e0004597. doi: 10.1371/journal.pntd.0004597.

**170.** Rodriguez-Morales AJ, Villamil-Gomez WE, **Franco-Paredes C**. The arboviral burden of disease caused by co-circulation and co-infection of dengue, chikungunya and Zika in the Americas. *Trav Med Infect* Dis 2016; 14(3):177-9. doi: 10.1016/j.tmaid.2016.05.004.

**171.** Alvarado-Socarras JL, Ocampo-Gonzalez M, Vargas Soler JA, Rodriguez-Morales AJ, **Franco-Paredes C**. Congenital and neonatal Chikungunya in Colombia. *J Pediatric Infect Dis Soc*. 2016;5(3): e17-20.

**172. Franco-Paredes C**, Chastain DB, Ezigbo C, Callins KR. Reducing transmission of HIV in the Southeastern U.S. *Lancet HIV* 2017; 4(3):e101-e102.

**173. Franco-Paredes C**, Chastain D, Marcos LA, Rodriguez-Morales AJ. Cryptococcal meningoencephalitis in AIDS: When to start antiretroviral therapy? *Ann Clin Microbiol Antimicrob* 2017*;* 16:9.

**174.** Khan MI, **Franco-Paredes C**, Ochiai RL, Mogasale V, Sushant S. Barriers to typhoid fever vaccine access in endemic countries. *Research and Reports in Tropical Medicine*; 2017; 8:37-44.

**175. Franco-Paredes C**, Chastain D, Taylor P, Stocking S, Sellers B. Boar hunting and brucellosis caused by *Brucella suis*. *Trav Med Infect Dis* 2017; S1477-8939(17): 30037-6.

**176.** Chastain DB, Henao-Martinez AF, **Franco-Paredes C**. Cryptococcal Antigen Negative Cryptococcal Meningoencephalitis. *Diagn Microbiol Infect Dis* 2017; 89(2): 143-145.

**177.** Chastain DB, Henao-Martinez A, **Franco-Paredes C**. Opportunistic invasive fungal infections in HIV/AIDS: Cryptococcosis, Histoplasmosis, Coccidioidomycosis and Talaromycosis. *Current Infect Dis Rep* 2017; 19(10): 36.

**178.** Chastain DB, Kayla Stover, **Franco-Paredes C**.  Adressing Antiretroviral Therapy-Associated Drug-Drug Interactions in Patients Requiring Treatment for Opportunistic Infections in Low-Income and Resource-Limited Settings.  *J Clin Pharmacol* 2017; 57(11):1387-1399.

**179. Franco-Paredes C**. The Harmony of Disequilibrium. *Permanente J*. 2017; 22. doi: 10.712/TPP/17-067.

**180. Franco-Paredes C**, Henao-Martinez A, Chastain DB. A 27-year-old male with blurry vision, oral and nasal mucosal lesions, and a skin rash. *Clin Infect Dis* 2018;

**181.** Henao-Martinez AF, Olague N, **Franco-Paredes C**. Spontaneous *Mycobacterium bolletti* skin abscesses —an under recognized zoonosis from raw bovine milk. *Trav Med Infect Dis* 2018 Jan 29. pii: S1477-8939(18)30003-6. doi: 10.1016/j.tmaid.2018.01.003. PMID: 29477362.

**182. Franco-Paredes C**, Henao-Martinez AF, Mathur S, Villamil-Gomez W. A Man Who Harvest Peanuts with Verrucous Lesions in his Right Index Finger. *Am J*

*Med Sci* 2018; Mar; 355(3):e7. doi: 10.1016/j.amjms.2017.11.010. Epub 2017 Nov 22. No abstract available. PMID: 2954993

**183.** Henao-Martinez AF, **Franco-Paredes C**, Palestine A, Montoya G. Symptomatic acute toxoplasmosis in returning travelers.  *Open Forum Infect Dis* 2018;5(4):ofy058. doi: 10.1093/ofid/ofy058. eCollection 2018 Apr. PMID: 29644250.

**184.** Steele GM, **Franco-Paredes C**, Chastain DB. Non-infectious causes of fever in adults. *Nurse Pract* 2018Apr 19; 43(4):38-44. doi: 10.1097/01.NPR.0000531067.65817.7d.

**185.** Henao-Martinez AF, Chastain DB, **Franco-Paredes C**, Treatment of cryptococcosis in non-HIV immunocompromised patients. *Curr Opin Infect Dis* 2018; PMID 29738314.

**186.** Chastain DB, Sam JI, Steele GM, Lowder LO, **Franco-Paredes C**. Expanding Spectrum of *Toxoplasmosis gondii*:  Thymoma and Toxoplasmic encephalitis. *Open Forum Infect Dis* 2018; Jul 7;5(7):ofy163. doi: 10.1093/ofid/ofy163. eCollection 2018 Jul..

**187.** Bruner KT, Chastain DB, Henao-Martinez AF, **Franco-Paredes C**. *Cryptococcus gattii* complex infections in HIV-infected patients, Southeastern United States. *Emerg Infect Dis* 2018; 24(11): 1998-2002.

**189.** José A. Suárez, Lolimar Carreño, Alberto E. Paniz-Mondolfi, Francisco J. Marco-Canosa, Héctor Freilij, Jorge A. Riera, Alejandro Risquez, Andrea G. Rodriguez-Morales, Evimar Hernández-Rincón, Jorge Alvarado-Socarras, Gustavo Contreras, Maritza Cabrera, Rosa M. Navas, Fredi Díaz-Quijano, Tamara Rosales, Rosa A. Barbella-Aponte, Wilmer E. Villamil-Gómez, Marietta Díaz, Yenddy Carrero, Anishmenia Pineda, Nereida Valero-Cedeño, Cesar Cuadra-Sánchez, Yohama Caraballo-Arias, Belkis J. Menoni-Blanco, Giovanni Provenza, Jesús E. Robles, María Triolo-Mieses, Eduardo Savio-Larriera, Sergio Cimerman, Ricardo J. Bello, **Carlos Franco-Paredes**, Juliana Buitrago, Marlen Martinez-Gutierrez,

Julio Maquera-Afaray, Marco A. Solarte-Portilla, Sebastián Hernández-Botero, Krisell Contreras, Jaime A. Cardona-Ospina, D. Katterine Bonilla-Aldana, Alfonso J. Rodriguez-Morales. Infectious Diseases, Social, Economic and Political Crises, Anthropogenic Disasters and Beyond: Venezuela 2019-Implications for public health and travel medicine. *Rev Panam Enf Inf* 2018; 1(2):73-93.

**190.** Gharamati A, Rao A, Pecen PE, Henao-Martinez AF, **Franco-Paredes C**, Montoya JG. Acute Disseminated Toxoplasmosis with Encephalitis. *Open Forum Infect* Dis 2018; Oct 17; 5 (11):ofy259. doi: 10.1093/ofid/ofy259.

**191. Franco-Paredes C**, Rodriguez-Morales AJ, Luis A. Marcos, Henao-Martinez AF, Villamil-Gomez WE, Gotuzzo E, Bonifaz A. Cutaneous Mycobacterial Diseases. *Clin Microb Rev* 2018; 14; 32(1). pii: e00069-18. doi: 10.1128/CMR.00069-18.

**192.** Henao-Martínes AF, Pinto N, Henao San Martin V, **Franco-Paredes C**, Gharamati A. Successful Treatment of Gonococcal Osteomyelitis with One Week of Intravenous Antibiotic Therapy. *Int J STDs HIV* 2019;

**193.** Reno E, Foster G, **Franco-Paredes C**, Henao-Martinez AF. Fatal fulminant hepatitis A in a US traveler returning from Peru. *J Trav Med* 2019.

**194.** Canfield G, C, Mann S, Zimmer S, Franco-Paredes C. A 31-Year-Old Micronesian Man with Shoulder Fungating Mass. *Clin Infect Dis* 2019;

**195.** Parra-Henao G, Oliveros H, Hotez PJ, Motoa G, **Franco-Paredes C**, Henao-Martínez AF. In Search of Congenital Chagas Disease in the Sierra Nevada de Santa Marta, Colombia. *Am J Trop Med Hyg*. 2019;101(3):482-483. doi: 10.4269/ajtmh.19-0110. PMID: 31264558.

**196.** Bonilla-Aldana DK, Suárez JA, **Franco-Paredes C**, Vilcarromero S, Mattar S, Gómez-Marín JE, Villamil-Gómez WE, Ruíz-Sáenz J, Cardona-Ospina JA, Idarraga-Bedoya SE, García-Bustos JJ, Jimenez-Posada EV, Rodríguez-Morales AJ. Brazil burning! What is the potential impact of the Amazon wildfires on vector-borne and zoonotic emerging diseases? - A statement from an international

47

experts meeting. *Travel Med Infect Dis.* 2019:101474. doi: 10.1016/j.tmaid.2019.101474.

**197.** Henao-Martinez AF, Archuleta S, Vargas D, **Franco-Paredes C**. A Latin American patient with a left ventricular pseudoaneurysm presenting with progressive dyspnea and palpitations. *Am J Med* 2019; doi: 10.1016/j.amjmed.2019.10.006

**198.** Canfield GS, Henao-Martinez AF, **Franco-Paredes C**, Zhelnin K, Wyles D, Gardner EM. Corticosteroids for post-transplant Immune reconstitution syndrome in *Cryptococcus gattii* Meningoencephalitis: Case report and literature review. *Open Forum Infect Dis* 2019; 6(11): ofz460. Doi: 10.1093/ofid/ofz460. PMID: 31737740.

**199.** Kon S, Hawkins K, **Franco-Paredes C**. Intramedullary Spinal Cord Lesions in an Immunocompromised Host due to *Mycobacterium Haemophilum*. *ID Cases* 2019;

**200. Franco-Paredes C**, Rodriguez-Morales AJ, Henao-Rodriguez AJ, Carrasco P, Santos-Preciado JI. Vaccination Strategies to prevent paralytic poliomielitis due to cVDPV2. *Lancet Infect Dis* 2019;

**201**. Motoa G, Pate A, **Franco-Paredes C**, Chastain D, Henao-Martinez Aj, Hojat L. Use of procalcitonin to guide discontinuation of antimicrobial therapy in patients with persistent intra-abdominal collections: A case series. *Case Rep Infect Dis* 2019;

**202**. Murillo-Garcia D, Galindo J, Pinto N, Motoa G Benamu E, **Franco-Paredes C**, Chastain D, Henao-Martinez AF. Anaerobic bacteremias in left ventricular assist devices and advanced heart failure. *Case Rep Infect Dis* 2019;

**204**. **Franco-Paredes, C**, Villamil-Gómez Wilmer E., Schultz, J, Henao-Martínez AF, Parra-Henao, G, Rassi Jr. A, Rodriguez-Morales AJ, Suarez JA. A Deadly Feast: Elucidating the Burden of Orally Acquired Acute Chagas Disease in Latin

48

America - Public Health and Travel Medicine Importance. *Trav Med Infect Dis* 2020;

**205**. Reno E, Quan N, **Franco-Paredes C**, Chastain DB, Chauhan L, Rodriguez-Morales AJ, Henao-Martinez A. Prevention of Yellow Fever in Travelers: An Update. *Lancet Infect Dis* 2020;

**206. Franco-Paredes C**, Griselda Montes de Oca Sanchez, Cassandra White. Global Leprosy Status 2020: Still Losing Touch. *Ann Acad Med Singapore* 2020;

**207.** Basco SA, Steele GM, Henao-Martinez AF, **Franco-Paredes C**, Chastain DB. Unexpected etiology of a pleural empyema in a patient with chronic lymphocytic leukemia (CLLL): *Capnocytophaga ochracea*. *ID Cases* 2020: Mar 20;20:e00747. doi: 10.1016/j.idcr.2020.e00747. eCollection 2020.

**208.** Rodriguez-Morales AJ, Gallego V, Escalera-Antezana JP, Mendez CA, Zambrano LI, **Franco-Paredes C**, Suarez JA, Rodriguez-Enciso HD, Balbin-Ramon GH, Savio-Larriera E, Risquez A, Cimerman S. COVID-19 in Latin America: The implications of the first confirmed case in Brazil. *Travel Med Infect Dis* 2020; doi: 10.1016/j.tmaid.2020.101613.

**209.** Rodríguez-Morales AJ, Cardona-Ospina JA, Gutiérrez-Ocampo E, Villamizar-Peña R, Holguin-Rivera Y, Escalera-Antezana JP, Alvarado-Arnez LE, Bonilla-Aldana DK, **Franco-Paredes C**, Henao-Martinez AF, Paniz-Mondolfi A, Lagos-Grisales GJ, Ramírez-Vallejo E, Suárez JA, Zambrano LI, Villamil-Gómez WE, Balbin-Ramon GJ, Rabaan AA, Harapan H, Dhama K, Nishiura H, Kataoka H, Ahmad T, Sah R, On behalf of the Latin American Network of Coronavirus Disease 2019-COVID-19 Research (LANCOVID-19) (www.lancovid.org). Clinical, Laboratory and Imaging Features of COVID-19: A systematic review and meta-analysis. *Travel Med Infect Dis* 2020;

**210.** Meyer J, **Franco-Paredes C**, Yaizal F, Gartland M, Parmar P. COVID-19 and the Coming Plague in U.S. Immigration Detention Centers. *Lancet Infect Dis* 2020;

**211. Franco-Paredes C**. Albert Camus' 'The COVID-19 Plague" Revisited. *Clin Infect Dis* 2020 Apr 17. pii: ciaa454. doi: 10.1093/cid/ciaa454

**212.** Pritchett MA, Oberg CL, Belanger A, De Cardenas J, Cheng G, Cumbo Nacheli G, **Franco-Paredes C**, Singh J, Toth J, Zgoda M, Folch E. Society for Advanced Bronchoscopy Consensus Statement and Guidelines for bronchoscopy and airway management aid the COVID-19 pandemic. *J Thorac Dis* 2020 | http://dx.doi.org/10.21037/jtd.2020.04.32.

**BOOK CHAPTERS:**

**Franco-Paredes C,** Albrecht H. Anisakiasis (2007). In: Antimicrobial Therapy and Vaccines; Volume I: Microbes (www.antimicrobe.org), Yu VL, et al. (Ed). ESun Technologies, Pittsburgh, PA. 2007.

**Franco-Paredes C,** Albrecht H. Visceral Larva Migrans (2007). In: Antimicrobial Therapy and Vaccines; Volume I: Microbes (www.antimicrobe.org), Yu VL, et al. (Ed). ESun Technologies, Pittsburgh, PA. 2007.

**Franco-Paredes C**.  American Trypanosomiasis. Chagas'Disease. In: Eds: Kozarsky P, Arguin P, Reed C. Yellow Book: Health Information for Travelers 2007-2008, Centers for Disease Control and Prevention, Elsevier Ltd.

**Franco-Paredes C**.  The Post-travel Period. In: Eds: Kozarsky P, Arguin P, Reed C. Yellow Book: Health Information for Travelers 2007-2008, Centers for Disease Control and Prevention, Elsevier Ltd.

Hidron A, **Franco-Paredes C**.  American Trypanosomiasis. Chagas'Disease. In: Eds: Brunnete GW, Kozarksy P, Magill A, Shlim D. Yellow Book: Health Information for Travelers 2009-2010, Centers for Disease Control and Prevention, Elsevier Ltd, 2009. ISBN: 978-0-7020-3481-7.

**Franco-Paredes C**.  General Approach to the Returned Traveler. In: Eds: Brunnete GW, Kozarksy P, Magill A, Shlim D. Yellow Book: Health Information for Travelers 2009-2010, Centers for Disease Control and Prevention, Elsevier Ltd, 2009. ISBN: 978-0-7020-3481-7.

**Franco-Paredes C**.  Asymptomatic Screening of the Returned Traveler. In: Eds: Brunnete GW, Kozarksy P, Magill A, Shlim D. Yellow Book: Health Information for Travelers 2009-2010, Centers for Disease Control and Prevention, Elsevier Ltd, 2009. ISBN: 978-0-7020-3481-7.

**Franco-Paredes C**, Santos-Preciado JI.  Introduction of Antimicrobial Agents in Poor-Resource Countries: Impact on the Emergence of Resistance. In: Antimicrobial Resistance in Developing Countries. Ed. Byarugaba DK, Sosa A. Springer Science & Business Media, 2010.

Hidron A, **Franco-Paredes C**.  American Trypanosomiasis. Chagas'Disease. In: Eds: Kozarksy P, Magill A, Shlim D. Yellow Book: Health Information for Travelers 2011-2012. Centers for Disease Control and Prevention, Elsevier Ltd, 2011. ISBN: 978-0-7020-3481-7.

**Franco-Paredes C,** Hochberg N.  General Approach to the Returned Traveler. In: Eds: Kozarksy P, Magill A, Shlim D. Yellow Book: Health Information for Travelers 2011-2012, Centers for Disease Control and Prevention, Elsevier Ltd, 2011. ISBN: 978-0-7020-3481-7.

**Franco-Paredes C**.  Asymptomatic Screening of the Returned Traveler. In: Eds: Kozarksy P, Magill A, Shlim D. Yellow Book: Health Information for Travelers 2011-2012, Centers for Disease Control and Prevention, Elsevier Ltd, 2009. ISBN: 978-0-7020-3481-7.

Hochberg N, **Franco-Paredes C**. Emerging Infections in Mobile Populations. In: Emerging Infections 9. Ed. Scheld WM, Grayson ML, Hughes JM. American Society of Microbiology Press 2010. ISBN. 978-1-55581-525-7.

**Franco-Paredes C**, Chagas Disease (American Trypanosomiasis). In:  Farrar J, Hotez P, Junghanss T, Kang G, Lalloo D, White NJ. Manson's Tropical Medicine 23rd Edition, Elsevier, London, U.K., 2014.

**Franco-Paredes C, Keystone J.** Fever in the Returned Traveler**.** In: Empiric, Antimicrobial Therapy and Vaccines (www.antimicrobe.org). Yu VL, et al (Ed). ESun Technologies, Pittsburgh, PA, 2014.

**Franco-Paredes C**. *Mycobacterium leprae* (Leprosy). In: Antimicrobial Therapy and Vaccines (www.antimicrobe.org). Yu VL, et al (Ed).  ESun Technologies, Pittsburgh, PA, 2015

**Franco-Paredes C**, Albrecht H. Anisikasis In: Antimicrobial Therapy and Vaccines    (www.antimicrobe.org). Yu VL, et al (Ed).  ESun Technologies, Pittsburgh, PA, 2015.

**Franco-Paredes C.** Illness and Death in the Universe. In: Narrative Medicine Anthology.  Ed: Tom Janisse. The Permanente Press, Oakland, California, Portland Oregon, 2016, pp. 23-25. ISBN: 978-0-9770463-4-8.

Villamil-Gomez W, Reyes-Escalante M, **Franco-Paredes C.** Severe and complicated malaria due to *Plasmodium vivax*. In: Current Topics in Malaria. Ed: Rodriguez-Morales AJ. ISBN 978-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-1, Print ISBN 978-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-5. InTechOpen 2016.

**Franco-Paredes C.** Mycobacterial Infections of the Central Nervous System. In: The Microbiology of the Central Nervous System Infections. Ed. Kon K, Rai M. Elsevier 2018. ISBN 978-0-12-813806-9

**Franco-Paredes C**.  Leprosy. In: Neglected Tropical Diseases. Drug Discovery and Development. Ed: Swinney D, Pollastri. Wiley-VCH Verlag GmbH & Co. KGaA, 2019.

**Franco-Paredes C,** Henao-Martinez AJ. Legal Perspectives in Travel Medicine. In: Eds: Kozarksy P, Weinberg M. Yellow Book: Health Information for Travelers 2019-2020, Centers for Disease Control and Prevention, Elsevier Ltd, 2011. ISBN: 978-0-7020-3481-7.

**Franco-Paredes C.** Prevención de la transmisión. **In:** Guerrero MI, Hernández CA

52

y Rodríguez G Editores La lepra: una enfermedad vigente. Centro Dermatológico Federico Lleras Acosta Bogotá DC, Colombia. Panamericana Formas e Impresos. 2019. **p. 309-322.**

**Published Abstracts in Peer-Reviewed Journals:**

Kleinschmidt-DeMasters B, Hawkins K, **Franco-Paredes C**. Non-tubercular mycobacterial spinal cord abscesses in an HIV plus male due *M. haemophilum*. J *Neuropathol Experim Neurol* 2018; 77(6): 532.

Pate A, **Franco-Paredes C**, Henao-Martinez A. Cryptococcal meningitis: A comparison of clinical features and outcomes by HIV Status. *Open Forum Infect Dis* 2019; Oct 6 (Suppl 2): S629-S630. PMC6809090.

**FORMAL TEACHING**

**Medical Student Teaching**

2001 - 2002 Clinical Methods, Emory University School of Medicine

II. 2001 - 2002 CLINICAL INSTRUCTOR HARVEY CARDIOLOGY COURSE, EMORY UNIVERSITY SCHOOL OF MEDICINE

2001 - 2002 Problem-Based Learning for Second year Medical Students, EUSM

2005-2011 Clinical Methods Preceptor, ECLH

2006-2008 Medical Spanish - Instructor for M2, EUSM

2006-2007 Directed Study on Social Determinants of Infectious Diseases for M2 students (Lindsay Margolis and Jean Bendik), EUSM

2007-2011 Instructor - Global Health for M2 Students, EUSM

2007-2008 Presentation-Case Discussion – Social Determinants of Diseases – Coordinated by Dr. Bill Eley – Emory School of Medicine New Curriculum.

| 2018- | Small Group: Parasitic Diseases, Microbiology Course for First Year Medical Students, University of Colorado, Anschutz Medical Center. |
| 2019- | MS-2 Small group discussion Microbiology, University of Colorado, Anschutz Medical Center: Parasitic Diseases, CNS Infections, Septic Arthritis-Cat Bite |
| 2019- | Class Global Health and Underserved Populations of the New SOM CU Curriculum. Course Co-Director. Pilot Class (Jan 6-Jan 17, 2020). |
| 2020- | MS-2 Small group discussion Microbiology, University of Colorado, Anschutz Medical Center: Parasitic Diseases, CNS Infections, Septic Arthritis-Cat Bite |

**Graduate Program**

**Training programs**

| 2006-2011 | Professor - GH511 (Global Health 511) International Infectious Diseases Prevention and Control, Rollins School of Public Health |
| 2009-2011 | Professor – GH500 D – Key Issues in Global Health, Career MPH Program |
| 2006-2011 | Thesis Advisor to students Global Health Track – Hubert Department of Global Health, Rollins School of Public Health of Emory University |
| 2008-2011 | Coordinator International Exchange between Rollins School of Public Health and National Institute of Public Health, Cuernavaca, Mexico – Supported by the Global Health Institute of Emory University |

**Residency and Fellowship Program:**

| 2004-2011 | Resident Report – Noon Conferences Emory Crawford Long Hospital and Grady Memorial Hospital |
| 2004-2011 | Didactic Lectures on Parasitic Diseases and Non-tuberculous mycobacterial diseases for Internal Medicine Residents and Infectious Disease Fellows |

54

| | | |
|---|---|---|
| 2005-2008 | Coordinator Journal Club Infectious Disease Division |
| 2005-2011 | Travel Medicine Elective, Internal Medicine Residents (2 internal residents per month) |
| 2005 | Grand Rounds – EUH - Department of Medicine: "Travel Medicine" |
| 2006 | Grand Rounds – ECLH – Department of Medicine: "Malaria" |
| 2008 | Grand Rounds - ECLH – Department of Medicine: "Leprosy" |
| 2008-2011 | Journal Club Coordinator, Internal Medicine Residency Program – ECLH |
| 2009 | Grand Rounds - EUH – Department of Medicine: "Leprosy a Modern Perspective of an Ancient Disease" |
| 2009 | Grand Rounds – Pulmonary and Critical Care Division – Neglected Tropical Diseases of the Respiratory Tract, June 16, 2009 |
| 2017 | Grand Rounds – Leprosy, University of Colorado, Anschutz Medical Center, Division of Infectious Diseases, December 2017 |
| 2017 | Grand Rounds – Infections associated with Secondary Antiphospholid Syndrome, University of Colorado, Anschutz Medical Center, Division of Rheumatology, |
| 2018 | Didactic Session – Travel Medicine (Pretravel and Postravel) Infectious Diseases Fellowship Anschutz Medical Center, Division of Infectious Diseases |
| 2017- | Infectious Diseases Fellows Clinic, University of Colorado, Anschutz Medical Center, IDPG. |
| 2019 | Invited Speaker: Travel Medicine, Pretravel/Postravel Care, Physician Assistant Program, September 12, 2019, University of Colorado, Anschutz Medical Center |

**Other categories:**

| 2000-2002 | Physician Assistant Supervision during Fellowship/Junior Faculty, Emory University |
| 2004-2007 | Mentoring of four College Students to enter into Medical School (Emory, Southern University, and Dartmouth): |
| | Lindsay Margolis 2004-Emory University |
| | Michael Woodworth 2005 – Emory University |
| | Peter Manyang 2007 – Southern University |
| | Padraic Chisholm 2007 – Southern University/Emory University |
| 2009-2011 | Project Leader. Partnership – Emory Global Health Institute – University-wide - Emory Travel Well Clinic and is titled Hansen's disease in the state of Georgia: A Modern Reassessment of an Ancient Disease".  http://www.globalhealth.emory.edu/fundingOpportunities/projectideas.php. Students: 5 MPH students (RN/MPH, MD/MPH) |
| 2017- | Infectious Diseases Fellowship Program, University of Colorado, Anschutz Medical Center.  Teaching activities Inpatient and outpatient (ID Fellows Weekly Clinic) |
| 2019- | Infectious Diseases Fellowship Program Director University of Colorado, Aurora Colorado |

**Supervisory Teaching:**

Ph.D. students directly supervised:

Global Health, Rollins School of Public Health - PhD Task Force Member – 2007-2009

Residency Program:

Emory University: Internal Medicine Residents and Infectious Disease Fellows Supervision – Inpatient Months – 3-4 months per year on Grady Wards. I participated in the presentation and discussion of clinical cases, and discussion of peer-reviewed journal with medical students, residents, and fellows. Overall

evaluations: Outstanding Teacher. (Anna Von 2005-2006; Seth Cohen 2008, Susana Castrejon 2007; Lindsay Margoles 2007-2008; Jean Bendik 2006-2008; Meredith Holtz 2007-2008)

University of Colorado, Anschutz Medical Center (since June 2017- present). Case discussion in infectious diseases during clinical rounds inpatient services (ID Gold, ID Blue, ID Orthopedics).

2004-2009 Thesis advisor – MPH Students – Hubert Department of Global Health – Concentration Infectious Diseases: Brenda Thompson 2004; Katrina Hancy 2004; Trina Smith 2006; Melissa Furtado 2007-2008; Oidda Museru 2008-2009; Hema Datwani 2010; Ruth Moro 2010; Talia Quandelacy 2010

2015 –  Class GH511, Topic:  "Leprosy" as part of the International Infectious Diseases, Global Health Track, Rollins School of Public Health, Emory University, Atlanta GA

2017 –  Class GH511, Topic:  "Leprosy" as part of the International Infectious Diseases, Global Health Track, Rollins School of Public Health, Emory University, Atlanta GA

2019 -  Project Mentorship – Diffuse lepromatous leprosy.  Undergraduate Student, University of Colorado, Boulder. Mikali Ogbasselassie. Project was carried out in Collaboration with the Dermatology Center of the Hospital General de Mexico.

Poster presentation by Mikali Ogbasselassie September 22, 2019, UMBC, Baltimore, Maryland.