# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-03760-RGK-PLA | Date | April 27, 2020 |
|---|---|---|---|
| Title | *Rodney Cullors et al v. County of Los Angeles, et al* | | |

**Present: The Honorable**  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** **(IN CHAMBERS) ORDER RE: Defendants' Ex Parte Application for Briefing Schedule on Plaintiffs' Ex Parte Application for Temporary Restraining Order [DE 21]**

Upon review and consideration of the parties' arguments, the Court hereby orders the following briefing schedule with respect to Plaintiff's Application for Temporary Restraining Order (ECF No. 13):

Defendants' Opposition shall be due no later than **Friday, May 1, 2020**.

Plaintiffs' Reply shall be due no later than **Tuesday, May 5, 2020**, but the Court may consider it earlier if so submitted.

If the Court determines upon review of the parties' briefing that a hearing is necessary, such hearing will be calendared subsequently.

**IT IS SO ORDERED.**

:

Initials of Preparer